1 RUSSELL P. BROWN (SBN: 84505)
  JAMES F. KUHNE, JR. (SBN: 251150)
2 GORDON REES SCULLY MANSUKHANI LLP
  101 W. Broadway, Suite 2000
3 San Diego, CA 92101
  Telephone: (619) 696-6700
4 Facsimile: (619) 696-7124

5 Attorneys for Plaintiffs
  TRUTH AQUATICS, INC. AND
6 GLEN RICHARD FRITZLER AND DANA
  JEANNE FRITZLER, INDIVIDUALLY AND AS
7 TRUSTEES OF THE FRITZLER FAMILY TRUST
  DTD 7/27/92

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of Truth Aquatics, Inc. and Glen Richard Fritzler and Dana Jeanne Fritzler, individually and as Trustees of the Fritzler Family Trust DTD 7/27/92 as owners and/or owners pro hac vice of the dive vessel CONCEPTION, Official Number 638133, for Exoneration from or Limitation of Liability | CASE NO. 2:19-cv-07693<br><br>**NOTICE OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY** |

NOTICE is hereby given pursuant to Rule F(3) and (4) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Supplemental Admiralty Rules"), that Truth Aquatics Inc., Glen Richard Fritzler and Dana Jeanne Fritzler, individually and as Trustees of the Fritzler Family Trust DTD 7/27/92 as owners and/or owners *pro hac vice* of the dive vessel CONCEPTION, Official Number 638133 (hereinafter "Plaintiffs"), have filed a complaint in the above-mentioned Court pursuant to 46 U.S.C. § 30501 *et seq.*, and 28 U.S.C. § 1333, claiming the right to exoneration from or limitation of liability for all claims against them for injury, property loss, or other damage arising out of or resulting from the fire on the CONCEPTION in the Pacific Ocean, which occurred on or about September 2, 2019.

All persons having such claims and wishing to contest Plaintiffs' complaint must file such claims and answer, if at all, as provided in Rule F of the Supplemental Admiralty Rules, with the Clerk of this Court, the United States District Court, Central District of California, located at 312 N. Spring St., Los Angeles California, CA, 90012 and serve copies of them on or mail copies of them to the Plaintiffs' attorneys, Russell P. Brown of Gordon Rees Scully Mansukhani LLP , located at 101 West Broadway, Ste. 2000, San Diego, CA 92101, on or before February 1, 2020, or be defaulted.  A personal appearance is not required.

Dated:

_____
Clerk of the United States District Court
[SEAL]

-2-
NOTICE OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY