1 RUSSELL P. BROWN (SBN: 84505)
2 JAMES F. KUHNE, JR. (SBN: 251150)
GORDON REES SCULLY MANSUKHANI LLP
3 101 W. Broadway, Suite 2000
San Diego, CA 92101
4 Telephone: (619) 696-6700
Facsimile: (619) 696-7124

5 Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of Truth Aquatics, Inc. and Glen Richard Fritzler and Dana Jeanne Fritzler, individually and as Trustees of the Fritzler Family Trust DTD 7/27/92 as owners and/or owners pro hac vice of the dive vessel CONCEPTION, Official Number 638133, for Exoneration from or Limitation of Liability | NO. CV 19-7693 PA (MRWx)<br><br>**ORDER RESTRAINING ALL SUITS AND DIRECTING MONITION TO ISSUE** |

It appearing that a Complaint has been filed in the above-captioned Court by Plaintiffs TRUTH AQUATICS, INC., GLEN RICHARD FRITZLER AND DANA JEANNE FRITZLER, INDIVIDUALLY AND AS TRUSTEES OF THE FRITZLER FAMILY TRUST DTD 7/27/92 (hereinafter "PLAINTIFFS"), as owners and/or owners *pro hac vice* of the dive vessel CONCEPTION, Official Number 638133 (hereinafter "CONCEPTION"), for exoneration from, or limitation of, vessel owner's liability, pursuant to 46 U.S.C. §30501 *et seq.*, with respect to any and all losses or damages arising out of, resulting from, or in any manner connected with, the matters set forth in the Complaint, and the Complaint having stated the facts and circumstances upon which exoneration or limitation are claimed, and it appearing that the value of PLAINTIFFS' interest in the CONCEPTION immediately following the incident was worth nothing, and it

-1-
ORDER RESTRAINING ALL SUITS AND DIRECTING MONITION TO ISSUE

further appearing that PLAINTIFFS have filed a Stipulation for Value and Costs and Plaintiffs are not required to provide security for costs until further order of this Court and it further appearing that claims have been made, or will be made, against PLAINTIFFS, and/or the CONCEPTION, for losses or damages arising out of, or in some manner connected with, the matters set forth in the Complaint;

NOW, THEREFORE, on application of PLAINTIFFS:

IT IS ORDERED that the institution or prosecution of any and all suits, actions or legal proceedings of any nature and description whatsoever, against PLAINTIFFS, or the CONCEPTION, or any property of PLAINTIFFS, whether presently ongoing, filed but unknown, or to be filed in the future, except in this proceeding, with respect to any claims for death, injuries, property loss, or damages, arising out of, resulting from, or in any manner connected with the fire on September 2, 2019, aboard the CONCEPTION which the Complaint in this action seeks exoneration from, or limitation of liability, be, and the same hereby are, stayed and restrained until the hearing and determination of this proceeding;

IT IS FURTHER ORDERED that a monition issue out of and under the seal of this Court to all persons and entities asserting any claim with respect to that which the Complaint in this action seeks exoneration from, or limitation of, liability, admonishing them to file their respective claims with the Clerk of this Court at the United States Courthouse, in writing and under oath, and to serve a copy thereof on the attorneys for PLAINTIFFS, on or before the July 1, 2020, or be deemed in contumacy and default;

IT IS FURTHER ORDERED that public notice of the monition and this action be published, by PLAINTIFFS, in <u>The Los Angeles Times</u>, a newspaper of general circulation printed and published in Los Angeles County, California, once in each week for four (4) successive weeks beginning no later than October 10, 2019.

-2-
ORDER RESTRAINING ALL SUITS AND DIRECTING MONITION TO ISSUE

IT IS FURTHER ORDERED that PLAINTIFFS, not later than the date of the second publication, shall mail a copy of the monition to every person and entity known to have asserted any claim against PLAINTIFFS, or the CONCEPTION, arising out of, resulting from, or in any manner connected with, that which the Complaint in this action seeks exoneration from, or limitation of, and in those cases where the person or entity making the claim is known to have an attorney, the monition shall be mailed to such attorney; and a copy of such monition shall be mailed to such other persons as are known to have any claim against PLAINTIFFS, or the CONCEPTION, arising out of, resulting from, or in any manner connected with, that which the Complaint in this action seeks exoneration from, or limitation of, not later than the second day of the aforementioned publication; and

IT IS FURTHER ORDERED that service of this Order as a restraining order may be had by mailing a certified copy of this Order to the persons to be restrained, or to their attorneys acting on their behalf.

In issuing this Order, the Court recognizes that the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims (hereinafter "Supplemental Rules") govern actions such as this and appear to limit the Court's discretion. Specifically, Supplemental Rules F(3) and F(4) state that the Court "shall" issue the injunction, monition, and publication orders PLAINTIFFS have requested. In issuing the requested orders at this preliminary stage, the Court makes no determination as to the merits of PLAINTIFFS' efforts to limit their liability pursuant to 46 U.S.C. § 30505.

IT IS SO ORDERED, this 11th day of September, 2019.

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

-3-
ORDER RESTRAINING ALL SUITS AND DIRECTING MONITION TO ISSUE