UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-7693 PA (MRWx) | Date | June 17, 2020 |
|---|---|---|---|
| Title | In the Matter of the Complaint of Truth Aquatics, Inc. and Glen Richard Fritzler and Dana Jeanne Fritzler | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| T. Jackson | N/A | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Claimants: |
|---|---|
| None | None |

**Proceedings:**    IN CHAMBERS – COURT ORDER

The Court has received an email from an individual claiming to be the sister of Plaintiff Dana Jeanne Fritzler and sister-in-law of Plaintiff Glen Richard Fritzler.

A judge is not permitted to discuss the merits of a case pending before him with any third parties. In addition, the judge is not allowed to permit third parties, including the parties' family members, friends, or anyone else to discuss the case with him or present any facts or arguments to him. A judge can only discuss the case with the parties when all named parties from both sides are present.

In addition, a judge must decide all cases before him strictly based on admissible evidence that has been entered into the record. The law requires these restrictions to ensure the parties have a fair trial, based on evidence that each party has had an opportunity to address. See United States v. Craven, 239 F.3d 91, 101 (1st Cir. 2001) ("When a judge receives information that does not enter the record, the reliability of that information may not be tested through the adversary process. . . . it is difficult, if not impossible for a judge . . . to maintain the perception of impartiality."). Anyone who violates these restrictions jeopardizes the fairness of these proceedings.

For these reasons, the Court returns the email with a copy of this Order attached. The Court orders the parties to discourage their supporters from attempting to communicate with the Court or its employees about the merits of the case or anything to do with it. This includes discussing the case in person, in writing, by phone or electronic means, via email, via text messaging, or any Internet chat-room, blog, website, or other feature.

IT IS SO ORDERED.