Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
Hilary Potashner (SBN 167060)
*hpotashner@larsonllp.com*
Jen C. Won (SBN 307807)
*jwon@larsonllp.com*
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone:(213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Petitioners Truth Aquatics, Inc., and Glen Richard Fritzler and Dana Jeanne Fritzler, individually and as Trustees of the Fritzler Family Trust DTD 7/27/92

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF TRUTH AQUATICS, INC. and GLEN RICHARD FRITZLER and DANA JEANNE FRITZLER, individually and as Trustees of the FRITZLER FAMILY TRUST DTD 7/27/92 as owners and/or owners pro hac vice of the dive vessel CONCEPTION, OFFICIAL NUMBER 638133, FOR EXONERATION FROM OR LIMITATION OF LIABILITY.<br><br>AND RELATED COUNTER-CLAIMS | Case No. 2:19-CV-07693 PA (MRWx)<br><br>**JOINT STIPULATION TO PRESERVE AND PROTECT PETITIONERS' RIGHT TO LIMIT LIABILITY IN FEDERAL COURT, LIFT INJUNCTION AS TO COUNTER CLAIMANTS, AND STAY PROCEEDINGS** |

WHEREAS, Petitioners TRUTH AQUATICS, INC., GLEN RICHARD FRITZLER and DANA JEANNE FRITZLER, Individually and as Trustees of the Fritzler Family Trust DTD 7/27/92, (collectively "PETITIONERS") filed this action under the Shipowner's Limitation of Liability Act ("The Act"), 46 U.S.C. §§ 30501, *et seq.*;

WHEREAS, under The Act and its rules of practice:

The district court secures the value of the vessel or owner's interest, marshals claims, and enjoins the prosecution of other actions with respect to the claims. In these proceedings, the court, sitting without a jury, adjudicates the claims. The court determines whether the vessel owner is liable and whether the owner may limit liability. The court then determines the validity of the claims, and if liability is limited, distributes the limited fund among the claimants.

*Lewis v. Lewis & Clark Marine*, 531 U.S. 438, 448 (2001);

WHEREAS, this Court, acting in accordance with The Act and its rules of practice, issued an *Ex Parte* Monition on September 11, 2019, directing "all persons and entities asserting any claim with respect" to this action "to file their respective claims with the Clerk of this Court . . . on or before July 1, 2020" and enjoining the prosecution of all other claims in any other forum (ECF No. 16 at 2:6-15);

WHEREAS, the following Counter Claimants and Defendants (collectively "COUNTER CLAIMANTS") filed notices of claims:

Christine Dignam, Taylor Dignam, Chandler Dignam, Shruti Deopujari, Satish Deopujari, Sandhya Deopujari, Seema Sharma, Patanjai Sharma, Lakshmi Sharma, Gregory Krashenny, Cherie McDonough, Robert Kurtz, Ariel Takvam, Kenneth Takvam, Mary R. Takvam, Susana Solano Rosas, Sarma Williams, Makani Williams, Daelen Williams, Nancy Fiedler, Marvin Fiedler, Kevin Chan, Matthew Guiney, Mary Elizabeth Guiney, Christina Quitasol, Richard X. Liu, Yin Lin, Anzhi Chen, Yadira Alvarez, Sejay Tan, Cheng Leng Tan, Chik Ping Yap, Anthony Beitzinger, Elizabeth Beitzinger, Henry Garcia, Margaret Strom, Kestral Strom, Pfeiffer Strom, Eric Baltz, Candace Baltz, John Baltz, Machiko Hatano, Nina Hutteger, Julia Ahopelto, Unnamed Minor Son of Juha-Pekka Ahopelto, Jean Anne Allen, Shirley Salika, James E. Adamic, Atlee Fritz, Linda Fritz, Katie Osborne, Olga Faynshteyn, Daniel Poh-Hock Chua, Dominic Selga, Nisa Shinagawa, Mark Adamic, Angelika Adamic, Jasmine Lord, Victoria Ellen Moore, Yuka Hatashi Merritt, Worldwide Diving LLC, and Ryan Sims;

JOINT STIPULATION TO PRESERVE AND PROTECT PETITIONERS' RIGHT TO LIMIT LIABILITY IN FEDERAL COURT, LIFT INJUNCTION AS TO COUNTER CLAIMANTS AND STAY PROCEEDINGS

WHEREAS, COUNTER CLAIMANTS wish to exercise the rights "saved" to them by 28 U.S.C. § 1333(1) to prosecute their claims against PETITIONERS at law, before a jury, in a forum of their own choosing;

WHEREAS, each and every party to this action, and all of them collectively, acting by and through their respective attorneys of record, seek to preserve and protect PETITIONERS' rights to limit liability under The Act pursuant to the *Langnes* rule of abstention handed down in *Lewis*, 531 U.S. at 451, *Newton*, 718 F.2d at 962, and *Beiswenger Enter. Corp. v. Carletta*, 86 F.3d 1032, 1038 (11th Cir. 1996);

PETITIONERS and COUNTER CLAIMANTS HEREBY AGREE AND STIPULATE to preserve and protect PETITIONERS' rights to limit their liability under The Act.

PETITIONERS AND COUNTER CLAIMANTS FURTHER AGREE AND STIPULATE that:

(1)     The Court shall continue to maintain the exclusive jurisdiction to decide PETITIONERS' rights to limit their liability under the Act;

(2)     The injunction prohibiting COUNTER CLAIMANTS from prosecuting any and all suits, actions, or legal proceedings in any other forum (ECF No. 16 at 2:6–15) shall be lifted (and only lifted) as to the COUNTER CLAIMANTS who have expressly entered into this stipulation;

(3)     The instant action shall be stayed.  COUNTER CLAIMANTS shall then file all their claims against PETITIONERS as related actions in the Stanley Mosk Courthouse of the Superior Court of Los Angeles and shall move, jointly and severally, to have them assigned to a single judge in the Complex Litigation Program under Cal. Court Rule 3.400 and Local Rule 3.3(k).

(4)     Within 15 days of the instant action being stayed, Claimant Ryan Sims shall dismiss his action against PETITIONERS, *Sims v. Truth Aquatics,*

3

*Inc.*, 56-2019-00533160-CU-PO-VTA, currently pending in the Superior Court of California in the County of Ventura.  Claimant Sims shall refile in the County of Los Angeles in accordance with Paragraph (3) hereinabove;

(5) COUNTER CLAIMANTS shall not seek a determination of the limitation issues in any proceeding other than the instant one, and shall waive any res judicata or collateral estoppel effect that an intervening adjudication in the Superior Court of California in the County of Los Angeles might otherwise have on those issues;

(6) COUNTER CLAIMANTS shall not seek to enforce any judgment rendered in any other forum against PETITIONERS until such time as this Court has adjudicated PETITIONERS' right to limitation;

(7) PETITIONERS and COUNTER CLAIMANTS shall notify this Court of the final adjudication (including appeal) of proceedings in the Superior Court of California in the County of Los Angeles within fifteen days of their conclusion.  Upon such notification, the stay of the instant action shall be lifted;

(8) After the conclusion of the proceedings in Superior Court and the lifting of the stay in the instant action, COUNTER CLAIMANTS may move this Court under Fed. R. Civ. P. Supp. Adm. F(7) to increase the value of the limitation fund that PETITIONERS posted herein.  PETITIONERS reserve the right to oppose such a motion.  COUNTER CLAIMANTS shall accept whatever figure the Court adopts for that limitation fund as the combined value of the accident vessel and its cargo and pending freight;

(9) In the event this Court determines that PETITIONERS are entitled to limit their liability, COUNTER CLAIMANTS shall not seek to enforce

JOINT STIPULATION TO PRESERVE AND PROTECT PETITIONERS' RIGHT TO LIMIT LIABILITY IN FEDERAL COURT, LIFT INJUNCTION AS TO COUNTER CLAIMANTS AND STAY PROCEEDINGS

any judgment that would require PETITIONERS to pay damages in excess of the limitation fund;

(10) In the event this Court decides PETITIONERS are entitled to limit their liability, any legal costs awarded shall have first priority against the limitation fund;

(11) In the event this Court determines PETITIONERS are entitled to limit their liability, COUNTER CLAIMANTS shall:

(a) divide evenly among themselves on a pro rata basis whatever portion of the interim limitation fund remains after the priority identified in Paragraph (10) has been satisfied and;

(b) accept that pro rata sum in full satisfaction of any judgment rendered against PETITIONERS, and;

(12) COUNTER CLAIMANTS and PETITIONERS STIPULATE and request that PETITIONERS' response to COUNTER CLAIMANTS' Joint Proposal (ECF No. 175), currently due no later than January 26, 2021, shall instead be filed within fifteen days of the lifting of the stay in the instant action.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

JOINT STIPULATION TO PRESERVE AND PROTECT PETITIONERS' RIGHT TO LIMIT LIABILITY IN FEDERAL COURT, LIFT INJUNCTION AS TO COUNTER CLAIMANTS AND STAY PROCEEDINGS

Dated:  January 21, 2021          LARSON LLP

By: _____
     Stephen G. Larson
     Hilary Potashner
     Jen C. Won

Attorneys for Petitioners
TRUTH AQUATICS, INC., and GLEN RICHARD
FRITZLER and DANA JEANNE FRITZLER,
individually and as TRUSTEES OF THE FRITZLER
FAMILY TRUST DTD 7/27/92

6

Dated: 01/15/21

SALTZ MONGELUZZI BARRETT AND BENDESKY PC

By: _____

JEFFREY P. GOODMAN

Attorneys for Defendants and Counter Claimants SHRUTI DEOPUJARI, SATISH DEOPUJARI, SANDHYA DEOPUJARI, SEEMA SHARMA, PATANJALI SHARMA, LAKSHMI SHARMA, ROBERT KURTZ, CHERIE MCDONOUGH, ANTHONY BEITZINGER, ELIZABETH BEITZINGER, ESTATE OF PATRICIA ANN BEITZINGER, HENRY GARCIA, GREGORY KRASHENNY,  ESTATE OF NEAL G. BALTZ, ERIC BALTZ, JOHN BALTZ, CANDACE BALTZ, MARGARET STROM, KESTREL STROM, PFEIFFER STROM, ESTATE OF TED STEPHEN STROM, ATLEE FRITZ, AND LINDA FRITZ

7

Dated:  January 19, 2021

McGUINN, HILLSMAN & PALEFSKY

LEE, MYERS AND O'CONNELL

ROUDA FEDER TIETJEN & McGUINN

LESSER & ASSOCIATES

By:   _____
                    JOHN R. HILLSMAN

Attorneys for Defendants and Counter Claimants
CHRISTINE DIGNAM, JASMINE LORD, VICTORIA
MOORE, YUKA HATASHI MERRITT, and SUNITA
KAUR SANDHU

Dated:  January 19, 2021

WALKUP MELODIA KELLY
 AND SCHOENBERGER

By: _____

MATTHEW D. DAVIS

Attorneys for Defendants and Counter Claimants MATHEW GUINEY, KATIE OSBORNE, OLGA FAYNSHTEYN SARMA WILLIAMS, and NANCY FIEDLER

Dated:   January 19, 2021

LAW OFFICE OF W. RUSSELL FIELDS

By: _____

AURELIO E. FIELDS

Attorneys for Defendants and Counter Claimants DOMINIC MICAEL SELGA, THE ESTATE OF FERNISA JUNE SISON, and NISA SHINAGAWA

Dated:   1/19/21

GALINE FRYE FITTING AND FRANGOS

By: _____
        ILYA D. FRANGOS

Attorneys for Defendant and Counter Claimant
RICHARD X LIU

_____
Stipulation  to Protect Petitioners' Rights to Limit
Liability in Federal Court                    CV 1 9-7693 PA (MRWx)

11

Dated:   January 19, 2021

NELSON AND FRAENKEL LLP

By: _____

GRETCHEN NELSON
CARLOS F. LLINÁS NEGRET
Attorneys for Defendants and Counter Claimants
CHENG LENG TAN, ESTATE OF WEI TAN, SEJAY TAN, YADIRA ALVAREZ, CHIK PING YAP,, ESTATE OF BERENICE FELIPE, C. A. (a minor), NINA HUTTEGGER, JULIA AHOPELTO, ESTATE OF CAROL DIANA ADAMIC, JAMES E. ADAMIC, JEAN ANNE ALLEN, SHIRLEY SALIKA, and Estate of STEVEN JOHN SALIKA

Dated:   January 20, 2021

ARNOLD AND ITKIN LLP

By: _____
ROLAND T. CHRISTENSEN

Attorneys for Defendant and Counter Claimant
RYAN SIMS

Dated:  January 14, 2021

FIORE ACHERMANN ALC

By: _____
JENNIFER L. FIORE

Attorneys for Defendants and Counter Claimants ARIEL TAKVAM, KENNETH TAKVAM,  MARY R. TAKVAM , MARK ADAMIC, and ANGELIKA ADAMIC

Dated:  1/12/2021

SCHUERING ZIMMERMAN & DOYLE, LLP

By: _____
THEODORE D. POPPINGA

Attorneys for Defendant and Counter Claimant
SUSANA SOLANO ROSAS

---

Stipulation to Protect Petitioners' Rights to Limit
Liability in Federal Court

CV 19-7693 PA (MRWx)

15

Dated: 01/18/2021

ABBOTT AND ABBOTT LAW

By: _____

TODD M. ABBOTT

Attorneys for Defendants and Counter Claimants DANIEL POH-HOCK CHUA and WORLDWIDE DIVING ADVENTURES, LLC

Stipulation to Protect Petitioners' Rights to Limit
Liability in Federal Court                                CV 19-7693 PA (MRWx)

16