JS-6

Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
Hilary Potashner (SBN 167060)
*hpotashner@larsonllp.com*
Jen C. Won (SBN 307807)
*jwon@larsonllp.com*
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone:(213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Petitioners Truth Aquatics, Inc., and Glen Richard Fritzler and Dana Jeanne Fritzler, individually and as Trustees of the Fritzler Family Trust DTD 7/27/92

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF TRUTH AQUATICS, INC. and GLEN RICHARD FRITZLER and DANA JEANNE FRITZLER, individually and as Trustees of the FRITZLER FAMILY TRUST DTD 7/27/92 as owners and/or owners pro hac vice of the dive vessel CONCEPTION, OFFICIAL NUMBER 638133, FOR EXONERATION FROM OR LIMITATION OF LIABILITY. | Case No. 2:19-CV-07693 PA (MRWx)<br><br>**ORDER**<br><br>[Lodged concurrently with Joint Stipulation To Preserve And Protect Petitioners' Right To Limit Liability In Federal Court, Lift Injunction As To Counter Claimants, And Stay Proceedings (hereinafter "JOINT STIPULATION")] |
| AND RELATED COUNTER-CLAIMS | |

The Court, having considered the Parties' JOINT STIPULATION, HEREBY ORDERS THAT:

    (1)    The injunction prohibiting COUNTER CLAIMANTS, as identified in the JOINT STIPULATION, from prosecuting any and all suits, actions, or legal proceedings in any other forum (ECF No. 16 at 2:6–15) shall be

        lifted as to the COUNTER CLAIMANTS who have expressly entered into the JOINT STIPULATON;

(2) The instant action shall be stayed pending the COUNTER CLAIMANTS filing all their claims against PETITIONERS as related actions in the Stanley Mosk Courthouse of the Superior Court of Los Angeles and moving, jointly and severally, to have them assigned to a single judge in the Complex Litigation Program;

(3) PETITIONERS and COUNTER CLAIMANTS shall notify this Court of the final adjudication (including appeal) of the proceedings in the Superior Court of California in the County of Los Angeles within fifteen days of their conclusion. Upon such notification, the stay of the instant action shall be lifted;

(4) PETITIONERS' response to COUNTER CLAIMANTS' Joint Proposal (ECF No. 175), currently due no later than January 26, 2021, shall instead be filed within fifteen days of the lifting of the stay in the instant action.

(5) The Court orders this action administratively closed and removed from the Court's active caseload until further application by the parties or order of this Court. The parties shall file a semi-annual Status Report beginning August 1, 2021 and continuing every six months until the related actions are resolved. Failure to file a required Status Report may result in dismissal of this action without prejudice.

    FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: January 28, 2021

                                              Percy Anderson
                                              United States District Judge