Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
Hilary Potashner (SBN 167060)
*hpotashner@larsonllp.com*
A. Alexander Lowder (269362)
*alowder@larsonllp.com*
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone:(213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Petitioners Truth Aquatics, Inc., Glen Richard Fritzler, and Dana Jeanne Fritzler, individually and as Trustees of the Fritzler Family Trust DTD 7/27/92

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF TRUTH AQUATICS, INC. and GLEN RICHARD FRITZLER, and DANA JEANNE FRITZLER, individually and as Trustees of the FRITZLER FAMILY TRUST DTD 7/27/92 as owners and/or owners pro hac vice of the dive vessel CONCEPTION, OFFICIAL NUMBER 638133, FOR EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Petitioners. | Case No. 2:19-CV-07693 PA (MRWx)<br><br>**JOINT SEMI-ANNUAL STATUS REPORT** |

# SEMI-ANNUAL STATUS REPORT

This litigation arises from the September 2, 2019, fire aboard the diving vessel *Conception*. Petitioners Truth Aquatics, Inc., Glen Richard Fritzler, and Dana Jeanne Fritzler (collectively, "Petitioners") filed this action, seeking relief under the Vessel Owners Limitation of Liability Act, 46 U.S.C. §§ 30501–11. Claimants represent the 33 passengers and crewmember who died aboard the vessel, a surviving crewmember who sustained personal injuries, and a company that chartered the vessel (collectively, "Claimants").

After Claimants answered Petitioners' pleadings and the parties exchanged initial disclosures, the parties reached a stipulation that stayed the action in this Court and permitted Claimants to file state court actions under the "savings to suitors" clause of the Federal Judiciary Act of 1789, 28 U.S.C. § 1333(1). (*See* ECF No. 179.) Upon granting the stipulation, the Court administratively closed this case and ordered semi-annual status reports to be filed, beginning on August 1, 2021. (*See id.* ¶ 5.)

After this case was administratively closed, Claimants complied with the stipulation and filed their complaints in the Superior Court of California, County of Los Angeles (the "Superior Court"), asserting claims against Petitioners and other defendants. On March 11, 2021, the Superior Court designated a lead case, *Fiedler, et al. v. Truth Aquatics, et al.*, Case No. 21STCV08121. **(*See* 3/11/21 Order, Attachment A.)** Since then, eleven other complaints have been deemed related to the *Fiedler* case, and the related cases have been assigned to the Hon. Carolyn B. Kuhl in Department 12 of the Complex Division.

On May 19, 2021, the Superior Court held an initial status conference for the related cases **(*see* 5/19/21 Order Attachment B)**, and a subsequent status conference was held on June 16, 2021 **(*see* 6/16/21 Order, Attachment C)**. A third status conference was held on August 3, 2021. **(*See* 8/3/21 Order, Attachment D.)** A fourth status conference was held on November 1, 2021. **(*See* 11/1/2021 Order,**

**Attachment E.)** A fifth status conference was held on January 10, 2022.

On November 8, 2021 counsel in the *Fiedler* case submitted an Amended Master Complaint, on November 11 and November 17, counsel for all the related cases submitted Notices of Joinder to that Master Complaint and also filed Short Form Complaints. Responsive pleadings to the Amended Master Complaint and to the Short Form Complaints were filed on November 15, November 17, and December 21.

A sixth status conference was held on July 14, 2022. **(See 7/14/22 Order, Attachment F.)** An additional responsive pleading to the Amended Master Complaint was filed on July 25.

At present, pre-trial proceedings and discovery continues. There are 4 depositions set to be taken on August 29th and 30th.

In addition to the Limitation of Liability action, the victims of the fire aboard the Conception filed an action against the U.S. Coast Guard on September 1, 2021 under the Suits in Admiralty Act ("SIAA"); *Nancy Fiedler, et al. v. United States of America*, Case No. 2:21CV07065. **(See 9/1/21 Complaint, Attachment G.)** The suit against the U.S. Coast Guard was assigned to this Court, and a Rule 26(f) scheduling conference is set for September 12, 2022.

Dated: August 1, 2022

LARSON LLP

By: _____/s/ Hilary Potashner[1]_____
Stephen G. Larson
Hilary Potashner
A. Alexander Lowder
Attorneys for Petitioners
TRUTH AQUATICS, INC., AND GLEN RICHARD FRITZLER, AND DANA JEANNE FRITZLER, INDIVIDUALLY AND AS TRUSTEES OF THE FRITZLER FAMILY TRUST DTD 7/27/92

---

[1] Pursuant to Local Rule 5-4.3.4(2)(i), I attest that the attorneys for Claimants concur in this

| | | |
|---|---|---|
| Dated: August 1, 2022 | | SALTZ MONGELUZZI BARRETT AND BENDESKY PC |

By:     */s/ Jeffrey P. Goodman*
           Jeffrey P. Goodman

Attorneys for Defendants and Counter Claimants SHRUTI DEOPURAJI, ROBERT KURTZ, GREGORY KRASHENNY, SEEMA SHARMA, CHERIE MCDONOUGH, ESTATE OF PATRICIA ANN BEITZINGER, ESTATE OF DANIEL GARCIA, HENRY GARCIA, MARGARET STROM, ESTATE OF NEAL G. BALTZ, ERIC BALTZ, ESTATE OF TED STEPHEN STROM, ATLEE FRITZ, AND ESTATE OF KAUSTUBH NIRMAL

| | | |
|---|---|---|
| Dated: August 1, 2022 | | McGUINN, HILLSMAN & PALEFSKY |

By:     */s/ John R. Hillsman*
           John R. Hillsman

Attorneys for Defendants and Counter Claimants CHRISTINE DIGNAM, JASMINE LORD, VICTORIA MOORE, YUKA HATASHI MERRITT, AND SUNITA KAUR SANDHU

---

filing's content and have authorized its filing.

| | |
|---|---|
| Dated: August 1, 2022 | WALKUP MELODIA KELLY AND SCHOENBERGER |
| | By: _/s/ Matthew D. Davis_<br>Matthew D. Davis |
| | Attorneys for Defendants and Counter Claimants MATTHEW GUINEY, KATIE OSBORNE, OLGA FAYNSHTEYN, SARMA WILLIAMS, AND NANCY FIEDLER |
| Dated: August 1, 2022 | LAW OFFICE OF W. RUSSELL FIELDS |
| | By: _/s/ Aurelio E. Fields_<br>Aurelio E. Fields |
| | Attorneys for Defendants and Counter Claimants DOMINIC MICHAEL SELGA, THE ESTATE OF FERNISA JUNE SISON, AND NISA SHINAGAWA |
| Dated: August 1, 2022 | GALINE FRYE FITTING AND FRANGOS |
| | By: _/s/ Ilya D. Frangos_<br>Ilya D. Frangos |
| | Attorneys for Defendants and Counter Claimants RICHARD X. LIU |

| | | |
|---|---|---|
| Dated: August 1, 2022 | | NELSON AND FRAENKEL LLP |

By: _____*/s/ Gretchen M. Nelson*_____
       Gretchen M. Nelson

Attorneys for Defendants and Counter Claimants CHENG LENG TAN, ESTATE OF WEI TAN, SEJAY TAN, YADIRA ALVAREZ, CHIK PING YAP, ESTATE OF BERENICE FELIPE, C. A. (A MINOR), NINA HUTTEGGER, JULIA AHOPELTO, ESTATE OF CAROL DIANA ADAMIC, JAMES E. ADAMIC, JEAN ANNE ALLEN, SHIRLEY SALIKA, AND ESTATE OF STEVEN JOHN SALIKA

Dated: August 1, 2022      ARNOLD AND ITKIN LLP

By: _____*/s/ Roland T. Christensen*_____
       Roland T. Christensen

Attorneys for Defendants and Counter Claimants RYAN SIMS

Dated: August 1, 2022      FIORE ACHERMANN ALC

By: _____*/s/ Jennifer L. Fiore*_____
       Jennifer L. Fiore

Attorneys for Defendants and Counter Claimants ARIEL TAKVAM, KENNETH TAKVAM, MARY R. TAKVAM, MARK ADAMIC, AND ANGELIKA ADAMIC

| | | |
|---|---|---|
| Dated: August 1, 2022 | | SCHEURING ZIMMERMAN AND DOYLE LLP |

By: _/s/ Theodore D. Poppings_
    Theodore D. Poppinga

Attorneys for Defendants and Counter Claimants SUSANA SOLANO ROSAS

Dated: August 1, 2022          ABBOTT AND ABBOTT LAW

By: _/s/ Todd M. Abbott_
    Todd M. Abbott

Attorneys for Defendants and Counter Claimants DANIEL POH-HOCK CHUA AND WORLDWIDE DIVING ADVENTURES, LLC

LARSON LLP
LOS ANGELES

7
JOINT SEMI-ANNUAL STATUS REPORT