Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
Hilary Potashner (SBN 167060)
hpotashner@larsonllp.com
A. Alexander Lowder (269362)
alowder@larsonllp.com
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Petitioners Truth Aquatics, Inc., Glen Richard Fritzler, and Dana Jeanne Fritzler, individually and as Trustees of the Fritzler Family Trust DTD 7/27/92

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF TRUTH AQUATICS, INC. and GLEN RICHARD FRITZLER, and DANA JEANNE FRITZLER, individually and as Trustees of the FRITZLER FAMILY TRUST DTD 7/27/92 as owners and/or owners pro hac vice of the dive vessel CONCEPTION, OFFICIAL NUMBER 638133, FOR EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Petitioners. | Case No. 2:19-CV-07693 PA (MRWx)<br><br>**JOINT SEMI-ANNUAL STATUS REPORT** |

# SEMI-ANNUAL STATUS REPORT

This litigation arises from the September 2, 2019, fire aboard the *Conception*. Petitioners Truth Aquatics, Inc., Glen Richard Fritzler, and Dana Jeanne Fritzler (collectively, "Petitioners") filed this action, seeking relief under the Vessel Owners Limitation of Liability Act, 46 U.S.C. §§ 30501–11. Claimants represent the 33 passengers and crewmember who died aboard the vessel, a surviving crewmember who sustained personal injuries, and a company that chartered the vessel (collectively, "Claimants").

After Claimants answered Petitioners' pleadings and the parties exchanged initial disclosures, the parties reached a stipulation that stayed the instant action and permitted Claimants to file state court actions under the "savings to suitors" clause of the Federal Judiciary Act of 1789, 28 U.S.C. § 1333(1). (See ECF No. 179.). (*See* ECF No. 179.) Upon granting the stipulation, the Court ordered semi-annual status reports to be filed, beginning on August 1, 2021. (*See id.* ¶ 5.) The Parties have since filed timely semi-annual status reports.

On March 1, 2021, Claimants filed their complaints in the Superior Court of California, County of Los Angeles (the "Superior Court"), asserting claims against Petitioners and other defendants. On March 11, 2021, the Superior Court designated a lead case, *Fiedler, et al. v. Truth Aquatics, et al.*, Case No. 21STCV08121. Since then, eleven other complaints have been deemed related to the *Fiedler* case, and all related cases have been assigned to the Honorable Carolyn B. Kuhl in Department 12 of the Complex Division.

On August 31, 2022, Plaintiffs in the *Fiedler* case filed a Second Amended Master Complaint. On September 1, 2022, Plaintiffs in the related cases filed Notices of Adoption of the Second Amended Master Complaint and Short Form Complaints. On September 29, 2022, Defendants Truth Aquatics, Inc. and Glen Richard Fritzler and Dana Jeanne Fritzler, individually and as trustees of the Fritzler Family Trust DTD 7/27/92 filed Answers to the Second Amended Master Complaint and to the

Short Form Complaints.  On September 2, 2022, the Court accepted the Cross-Complaint filed by Defendants Truth Aquatics, Inc. and Glen Richard Fritzler and Dana Jeanne Fritzler, individually and as trustees of the Fritzler Family Trust DTD 7/27/92.

On December 22, 2022, Defendant Daniel W. Bader, D.B.A. Sea Landing Dive Center, filed a motion for summary judgment on the Second Amended Master Complaint and on all of the related Amended Short Form Complaints.  The motion was heard on May 18, 2023, and after taking it under submission, the Court denied the motion on June 12, 2023.

On January 8, 2024, the sixteenth status conference was held in *Fiedler* and the related cases.  During this status conference, the Court set the next status conference for March 18, 2024.

On January 31, 2024, Plaintiffs in the *Fiedler* and related cases filed 59 Doe Amendments to the Complaint, identifying 59 additional defendants.  These defendants are believed to have manufactured and/or sold the batteries that were on the Conception on the night of the fire.

Claimants have also filed an action against the U.S. Coast Guard in federal court.  Specifically, Claimants filed an action against the U.S. Coast Guard under the Suits in Admiralty Act ("SIAA"), entitled *Nancy Fiedler, et al. v. United States of America*, Case No. 2:21-CV-07065 PA (MRWx).  On October 15, 2022, this Court granted the United States leave to file a motion for summary judgment on or before April 24, 2023.  On January 4, 2024, this Court granted the United States and Claimants' joint motion for an order continuing the filing date on the United States' Motion for Summary Judgment, which extended the filing date to May 15, 2024.

In compliance with this Court's Order, the Parties intend to file their next joint status report on or before August 1, 2024.

///

///

Dated: February 1, 2024        LARSON LLP

By:  _____/s/ Hilary Potashner[1]_____
    Stephen G. Larson
    Hilary Potashner
    A. Alexander Lowder

Attorneys for Petitioners Truth Aquatics, Inc., Glen Richard Fritzler, and Dana Jeanne Fritzler, individually and as Trustees of the Fritzler Family Trust DTD 7/27/92

---

[1] While my firm was unable to reach Attorneys Matthew D. Davis, Ilya D. Frangos, Jennifer L. Fiore, and Theodore D. Poppinga to discuss the contents of this joint status report today, I have been advised by Attorney John Hillsman of McGuinn, Hillsman, & Palefsky that he is authorized to consent to its filing on these attorneys' behalf. These signature lines so reflect. Accordingly, and pursuant to Local Rule 5-4.3.4(2)(i), I attest that the attorneys for Claimants concur in this filing's content and have authorized its filing.

| | | |
|---|---|---|
| 1 | Dated: February 1, 2024 | SALTZ MONGELUZZI BARRETT AND BENDESKY PC |

By: */s/ Douglas DiSandro, Jr.*
 Jeffrey P. Goodman
 Douglas DiSandro, Jr.

Attorneys for Defendants and Counter Claimants SHRUTI DEOPURAJI, ROBERT KURTZ, GREGORY KRASHENNY, SEEMA SHARMA, CHERIE MCDONOUGH, ESTATE OF PATRICIA ANN BEITZINGER, ESTATE OF DANIEL GARCIA, HENRY GARCIA, MARGARET STROM, ESTATE OF NEAL G. BALTZ, ERIC BALTZ, ESTATE OF TED STEPHEN STROM, ATLEE FRITZ, AND ESTATE OF KAUSTUBH NIRMAL

Dated: February 1, 2024 MCGUINN, HILLSMAN & PALEFSKY

By: */s/ John R. Hillsman*
 John R. Hillsman

Attorneys for Defendants and Counter Claimants CHRISTINE DIGNAM, JASMINE LORD, VICTORIA MOORE, YUKA HATASHI MERRITT, AND SUNITA KAUR SANDHU

| | |
|---|---|
| Dated:  February 1, 2024 | WALKUP MELODIA KELLY AND SCHOENBERGER |

By: _____/s/ John R. Hillsman on behalf of_____
      Matthew D. Davis

Attorneys for Defendants and Counter Claimants MATTHEW GUINEY, KATIE OSBORNE, OLGA FAYNSHTEYN, SARMA WILLIAMS, AND NANCY FIEDLER

| | |
|---|---|
| Dated:  February 1, 2024 | LAW OFFICE OF W. RUSSELL FIELDS |

By: _____/s/ A. Edward Fields_____
      W. Russell Fields
      A. Edward Fields

Attorneys for Defendants and Counter Claimants DOMINIC MICHAEL SELGA, THE ESTATE OF FERNISA JUNE SISON, AND NISA SHINAGAWA

| | |
|---|---|
| Dated:  February 1, 2024 | GALINE FRYE FITTING AND FRANGOS |

By: _____/s/ John R. Hillsman on behalf of_____
      Ilya D. Frangos

Attorneys for Defendants and Counter Claimants RICHARD X. LIU

| | | |
|---|---|---|
| Dated: February 1, 2024 | | NELSON AND FRAENKEL LLP |

By: ⎯⎯⎯⎯⎯ */s/ Gretchen M. Nelson* ⎯⎯⎯⎯⎯
Gretchen M. Nelson

Attorneys for Defendants and Counter Claimants CHENG LENG TAN, ESTATE OF WEI TAN, SEJAY TAN, YADIRA ALVAREZ, CHIK PING YAP, ESTATE OF BERENICE FELIPE, C. A. (A MINOR), NINA HUTTEGGER, JULIA AHOPELTO, ESTATE OF CAROL DIANA ADAMIC, JAMES E. ADAMIC, JEAN ANNE ALLEN, SHIRLEY SALIKA, AND ESTATE OF STEVEN JOHN SALIKA

Dated: February 1, 2024        ARNOLD AND ITKIN LLP

By: ⎯⎯⎯⎯⎯ */s/ Cory Itkin* ⎯⎯⎯⎯⎯
Roland T. Christensen
Cory Itkin

Attorneys for Defendants and Counter Claimants RYAN SIMS

Dated: February 1, 2024        FIORE ACHERMANN ALC

By: ⎯⎯⎯⎯⎯ */s/ John R. Hillsman* on behalf of ⎯⎯⎯⎯⎯
Jennifer L. Fiore

Attorneys for Defendants and Counter Claimants ARIEL TAKVAM, KENNETH TAKVAM, MARY R. TAKVAM, MARK ADAMIC, AND ANGELIKA ADAMIC

| | |
|---|---|
| Dated: February 1, 2024 | SCHEURING ZIMMERMAN AND DOYLE LLP |
| | By: ___/s/ *John R. Hillsman* on behalf of___<br>Theodore D. Poppinga |
| | Attorneys for Defendants and Counter Claimants SUSANA SOLANO ROSAS |
| Dated: February 1, 2024 | ABBOTT AND ABBOTT LAW |
| | By: ___/s/ *Todd M. Abbott*___<br>Todd M. Abbott |
| | Attorneys for Defendants and Counter Claimants DANIEL POH-HOCK CHUA AND WORLDWIDE DIVING ADVENTURES, LLC |