**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

NEOPOST 08/05/2024
US POSTAGE $001.77⁰
FIRST-CLASS MAIL
ZIP 90012
041M11461109

Case: 2:19cv7693  Doc: 190

Jeffrey P. Goodman
Saltz Mongeluzzi Barrett and Bendesky PC

2:19CV7693PA



FILED
CLERK, U.S. DISTRICT COURT
AUG - 7 2024
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY



RECEIVED
CLERK, U.S. DISTRICT COURT
AUG - 7 2024
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY



MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<38389070@cacd.uscourts.gov>Subject:Activity in Case 2:19-cv-07693-PA-MRW In the Matter of the Complaint of Truth Aquatics, Inc. and Glen Richard Fritzler and Dana Jeanne Fritzler Text Only Bounced Notice of Electronic Filing E-mail Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 8/1/2024 at 11:46 AM PDT and filed on 8/1/2024

| | |
|---|---|
| **Case Name:** | In the Matter of the Complaint of Truth Aquatics, Inc. and Glen Richard Fritzler and Dana Jeanne Fritzler |
| **Case Number:** | 2:19-cv-07693-PA-MRW |
| **Filer:** | |
| **WARNING: CASE CLOSED on 01/28/2021** | |
| **Document Number:** | 190(No document attached) |

**Docket Text:**
**Notice of Electronic Filing re Status Report[189] e-mailed to jwon@larsonllp.com bounced due to 5.1.0 - Unknown address error. The primary e-mail address associated with the attorney record has been deleted. Pursuant to Local Rules it is the attorneys obligation to maintain all personal contact information including e-mail address in the CM/ECF system. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (rolm) TEXT ONLY ENTRY**

**2:19-cv-07693-PA-MRW Notice has been electronically mailed to:**
Abraham Feinstein Hillsman    bfh@mhpsf.com
Amos Alexander Lowder    alowder@larsonllp.com
Aurelio Edward Fields    ed@russfieldslaw.com
Brian J Panish    panish@psblaw.com, bpanish@psbr.law, desimone@psblaw.com, shea@psblaw.com
Carlos Felipe Llinas Negret    cllinas@nflawfirm.com, FileandCalendar@nflawfirm.com, ktorres@nflawfirm.com
Chantel Laura Fitting    cfitting@gff-law.com
Derek B Jacobson    dbjacobson@mhpsf.com, agarcia@mhpsf.com
Douglas S Saeltzer    dsaeltzer@walkuplawoffice.com
Ernest D. DiSandro , Jr    ddisandro@smbb.com