1  Stephen G. Larson (SBN 145225)
   *slarson@larsonllp.com*
2  Hilary Potashner (SBN 167060)
   *hpotashner@larsonllp.com*
3  A. Alexander Lowder (SBN 269362)
   *alowder@larsonllp.com*
4  **LARSON LLP**
   555 South Flower Street, 30th Floor
5  Los Angeles, California 90071
   Telephone:(213) 436-4888
6  Facsimile: (213) 623-2000

7  Attorneys for Petitioners Truth Aquatics, Inc., Glen Richard Fritzler, and Dana
8  Jeanne Fritzler, individually and as Trustees of the Fritzler Family Trust DTD
9  7/27/92

10              UNITED STATES DISTRICT COURT

11        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

13  IN THE MATTER OF THE COMPLAINT OF TRUTH AQUATICS, INC. and GLEN RICHARD FRITZLER, and DANA JEANNE FRITZLER, individually and as Trustees of the FRITZLER FAMILY TRUST DTD 7/27/92 as owners and/or owners pro hac vice of the dive vessel CONCEPTION, OFFICIAL NUMBER 638133, FOR EXONERATION FROM OR LIMITATION OF LIABILITY,

    Petitioners.

Case No. 2:19-CV-07693 PA (MRWx)

**JOINT SEMI-ANNUAL STATUS REPORT**

LARSON LLP
LOS ANGELES

JOINT SEMI-ANNUAL STATUS REPORT

# SEMI-ANNUAL STATUS REPORT

This litigation arises from the September 2, 2019, fire aboard the *Conception*. Petitioners Truth Aquatics, Inc., Glen Richard Fritzler, and Dana Jeanne Fritzler (collectively, "Petitioners") filed this action, seeking relief under the Vessel Owners Limitation of Liability Act, 46 U.S.C. §§ 30501–11. Claimants represent the 33 passengers and crewmember who died aboard the vessel, a surviving crewmember who sustained personal injuries, and a company that chartered the vessel (collectively, "Claimants").

After Claimants answered Petitioners' pleadings and the parties exchanged initial disclosures, the parties reached a stipulation that stayed the instant action and permitted Claimants to file state court actions under the "savings to suitors" clause of the Federal Judiciary Act of 1789, 28 U.S.C. § 1333(1). (See ECF No. 179.). (*See* ECF No. 179.) Upon granting the stipulation, the Court ordered semi-annual status reports to be filed, beginning on August 1, 2021. (*See id.* ¶ 5.) The Parties have since filed timely semi-annual status reports.

On March 1, 2021, Claimants filed their complaints in the Superior Court of California, County of Los Angeles (the "Superior Court"), asserting claims against Petitioners and other defendants. On March 11, 2021, the Superior Court designated a lead case, *Fiedler, et al. v. Truth Aquatics, et al.*, Case No. 21STCV08121. Since then, eleven other complaints have been deemed related to the *Fiedler* case, and all related cases have been assigned to the Honorable Carolyn B. Kuhl in Department 12 of the Complex Division.

On August 31, 2022, Plaintiffs in the *Fiedler* case filed a Second Amended Master Complaint. On September 1, 2022, Plaintiffs in the related cases filed Notices of Adoption of the Second Amended Master Complaint and Short Form Complaints. On September 29, 2022, Defendants Truth Aquatics, Inc. and Glen Richard Fritzler and Dana Jeanne Fritzler, individually and as trustees of the Fritzler Family Trust DTD 7/27/92 filed Answers to the Second Amended Master Complaint and to the

Short Form Complaints. On September 2, 2022, the Court accepted the Cross-Complaint filed by Defendants Truth Aquatics, Inc. and Glen Richard Fritzler and Dana Jeanne Fritzler, individually and as trustees of the Fritzler Family Trust DTD 7/27/92.

On December 22, 2022, Defendant Daniel W. Bader, D.B.A. Sea Landing Dive Center, filed a motion for summary judgment on the Second Amended Master Complaint and on all of the related Amended Short Form Complaints. The motion was heard on May 18, 2023, and after taking it under submission, the Court denied the motion on June 12, 2023.

On January 31, 2024, Plaintiffs in the *Fiedler* and related cases filed 59 Doe Amendments to the Complaint, identifying 59 additional defendants. These defendants are believed to have manufactured and/or sold the batteries that were on the Conception on the night of the fire.

Claimants have also filed an action against the U.S. Coast Guard in federal court. Specifically, Claimants filed an action against the U.S. Coast Guard under the Suits in Admiralty Act ("SIAA"), entitled *Nancy Fiedler, et al. v. United States of America*, Case No. 2:21-CV-07065 PA (MRWx). On October 15, 2022, this Court granted the United States leave to file a motion for summary judgment on or before April 24, 2023. On January 4, 2024, this Court granted the United States and Claimants' joint motion for an order continuing the filing date on the United States' Motion for Summary Judgment, which extended the filing date to May 15, 2024. On May 15, 2024, the United States filed a Motion to Dismiss for Lack of Jurisdiction. Thereafter, the United States and Claimants filed a joint motion to continue the hearing on the United States' Motion to Dismiss for Lack of Jurisdiction, which the Court granted in part and denied in part. On August 1, 2024, Judge Percy Anderson granted the United States' Motion to Dismiss and entered a judgment, dismissing the action for lack of subject matter jurisdiction. On August 14, 2024, Claimants filed a notice of appeal of this judgment. On January 21, 2025, Claimants filed their opening

brief on appeal to the United States Court of Appeals for the Ninth Circuit.

On May 20, 2024, Plaintiffs in the *Fiedler* case filed a Third Amended Master Complaint.

On June 26, 2024, the nineteenth status conference was held in *Fiedler* and the related cases. During this status conference, the Court addressed the scheduling of the anticipated pleading challenges to the Third Amended Master Complaint as well as the exchange of discovery to date. The Court also set a non-appearance case review for July 24, 2024.

On September 10, 2024, the twentieth status conference was held in *Fiedler* and the related cases. During this status conference, the Court made various rulings, including granting the Motion to Quash filed by Murata Manufacturing Co. on the grounds that this defendant had not yet been properly served pursuant to the Hague Convention, and continuing the hearing on the Motions to Quash filed by LG Energy Solution of Michigan, Inc. and EVE Energy North America Corporation. The Court also ordered Plaintiffs to file their Fourth Amended Master Complaint by October 1, 2024, and addressed the scheduling of the anticipated pleading challenges to this amended complaint.

On October 1, 2024, Plaintiffs filed a Fourth Amended Master Complaint, which was corrected on November 5, 2024. Thereafter, various Defendants filed Demurrers and Motions to Strike the Fourth Amended Master Complaint. The hearing on these Demurrers and Motions to Strike as well as a further status conference are scheduled for March 17, 2025.

In compliance with this Court's Order, the Parties intend to file their next joint status report on or before August 1, 2025.

| | | |
|---|---|---|
| Dated: January 31, 2025 | | LARSON LLP |

By: _____*/s/ Hilary Potashner*[1]_____
      Stephen G. Larson
      Hilary Potashner
      A. Alexander Lowder

Attorneys for Petitioners Truth Aquatics, Inc., Glen Richard Fritzler, and Dana Jeanne Fritzler, individually and as Trustees of the Fritzler Family Trust DTD 7/27/92

Dated: January 31, 2025      SALTZ MONGELUZZI BARRETT AND BENDESKY PC

By: _____*/s/ Douglas DiSandro, Jr.*_____
      Jeffrey P. Goodman
      Douglas DiSandro, Jr.

Attorneys for Defendants and Counter Claimants SHRUTI DEOPURAJI, ROBERT KURTZ, GREGORY KRASHENNY, SEEMA SHARMA, CHERIE MCDONOUGH, ESTATE OF PATRICIA ANN BEITZINGER, ESTATE OF DANIEL GARCIA, HENRY GARCIA, MARGARET STROM, ESTATE OF NEAL G. BALTZ, ERIC BALTZ, ESTATE OF TED STEPHEN STROM, ATLEE FRITZ, AND ESTATE OF KAUSTUBH NIRMAL

---

[1] I have been advised by Attorney Douglas DiSandro, Jr. of Saltz Mongeluzzi Barrett and Bendesky PC that he is authorized to consent to its filing on behalf of all Claimants. This signature line so reflects. Accordingly, and pursuant to Local Rule 5-4.3.4(2)(i), I attest that the attorneys for Claimants concur in this filing's content and have authorized its filing.

| | | |
|---|---|---|
| Dated: January 31, 2025 | | McGUINN, HILLSMAN & PALEFSKY |

By: */s/ Douglas DiSandro, Jr. on behalf of*
    John R. Hillsman

Attorneys for Defendants and Counter Claimants CHRISTINE DIGNAM, JASMINE LORD, VICTORIA MOORE, YUKA HATASHI MERRITT, AND SUNITA KAUR SANDHU

Dated: January 31, 2025      WALKUP MELODIA KELLY AND SCHOENBERGER

By: */s/ Douglas DiSandro, Jr. on behalf of*
    Matthew D. Davis

Attorneys for Defendants and Counter Claimants MATTHEW GUINEY, KATIE OSBORNE, OLGA FAYNSHTEYN, SARMA WILLIAMS, AND NANCY FIEDLER

Dated: January 31, 2025      LAW OFFICE OF W. RUSSELL FIELDS

By: */s/ Douglas DiSandro, Jr. on behalf of*
    W. Russell Fields
    A. Edward Fields

Attorneys for Defendants and Counter Claimants DOMINIC MICHAEL SELGA, THE ESTATE OF FERNISA JUNE SISON, AND NISA SHINAGAWA

| | | |
|---|---|---|
| Dated: January 31, 2025 | | GALINE FRYE FITTING AND FRANGOS |

By: */s/ Douglas DiSandro, Jr. on behalf of*
Ilya D. Frangos

Attorneys for Defendants and Counter Claimants
RICHARD X. LIU

Dated: January 31, 2025   NELSON AND FRAENKEL LLP

By: */s/ Douglas DiSandro, Jr. on behalf of*
Gretchen M. Nelson

Attorneys for Defendants and Counter Claimants CHENG LENG TAN, ESTATE OF WEI TAN, SEJAY TAN, YADIRA ALVAREZ, CHIK PING YAP, ESTATE OF BERENICE FELIPE, C. A. (A MINOR), NINA HUTTEGGER, JULIA AHOPELTO, ESTATE OF CAROL DIANA ADAMIC, JAMES E. ADAMIC, JEAN ANNE ALLEN, SHIRLEY SALIKA, AND ESTATE OF STEVEN JOHN SALIKA

Dated: January 31, 2025   ARNOLD AND ITKIN LLP

By: */s/ Douglas DiSandro, Jr. on behalf of*
Roland T. Christensen
Cory Itkin

Attorneys for Defendants and Counter Claimants
RYAN SIMS

Dated: January 31, 2025          FIORE ACHERMANN ALC

By: /s/ *Douglas DiSandro, Jr. on behalf of*
Jennifer L. Fiore

Attorneys for Defendants and Counter Claimants ARIEL TAKVAM, KENNETH TAKVAM, MARY R. TAKVAM, MARK ADAMIC, AND ANGELIKA ADAMIC

Dated: January 31, 2025          SCHEURING ZIMMERMAN AND DOYLE LLP

By: /s/ *Douglas DiSandro, Jr. on behalf of*
Theodore D. Poppinga

Attorneys for Defendants and Counter Claimants SUSANA SOLANO ROSAS

Dated: January 31, 2025          ABBOTT AND ABBOTT LAW

By: /s/ *Douglas DiSandro, Jr. on behalf of*
Todd M. Abbott

Attorneys for Defendants and Counter Claimants DANIEL POH-HOCK CHUA AND WORLDWIDE DIVING ADVENTURES, LLC