| | |
|---|---|
| 1 | B. Otis Felder (CSB 177628) |
| 2 | Otis.Felder@wilsonelser.com<br>*CSB Certified Admiralty* |
| 3 | *& Maritime Law Specialist*<br>**WILSON, ELSER, MOSKOWITZ,** |
| 4 | **EDELMAN & DICKER LLP**<br>555 South Flower Street, Suite 2900 |
| 5 | Los Angeles, California 90071<br>Telephone:  (213) 443-5100 |
| 6 | Facsimile:   (213) 443-5101 |
| 7 | Attorneys for Claimant<br>MURATA ELECTRONICS NORTH AMERICA, INC. |

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10 <u>IN</u> <u>ADMIRALTY</u>

| | | |
|---|---|---|
| 11 | IN THE MATTER OF THE COMPLAINT OF TRUTH AQUATICS, INC. AND GLEN RICHARD FRITZLER and DANA JEANNE FRITZLER, individually and as Trustees of the FRITZLER FAMILY TRUSTS DTD 7/27/92 as owners and/or owners pro hac vice of the dive vessel CONCEPTION, OFFICIAL NUMBER 638133, FOR EXINERATION FROM OR LIMITATION OF LIABILITY<br><br>Petitioners,<br><br>AND RELATED COUNTERCLAIMS | Case No.:  2:19-CV-07693 PA (MRWx)<br><br>Hon. Percy Anderson<br><br>Related Cases: 2:21-cv-07065-PA-MRW<br>2:22-cv-00202-PA-MRW<br>2:23-cv-00985-PA-MRW<br><br>**NOTICE OF MOTION AND MOTION BY CLAIMANT MURATA ELECTRONICS NORTH AMERICA, INC. TO SET ASIDE CLERK'S ENTRY OF DEFAULT**<br><br>Fed. R. Civ. P. 55(c)<br><br>Hearing Date:  Monday, June 23, 2025<br>Hearing Time: 1:30 p.m.<br>Hearing Dept.: Courtroom 9A<br><br>Action Filed:  9/5/2019<br>Trial Date: TBA | |

23 TO THE COURT, THE CLERK, PETITIONERS AND COUNTER

24 CLAIMANTS AND THEIR COUNSEL OF RECORD:

25 PLEASE TAKE NOTICE that on Monday, June 23, 2025 at 1:30 p.m., or as

26 soon thereafter as the matter may be heard, in Courtroom 9A, before the

27 Honorable Percy Anderson, at the First Street Courthouse on the 9th Floor,  350 W.

28 1st Street, Los Angeles, California, 90012, Claimant MURATA ELECTRONICS



1  NORTH AMERICA, INC. ("MENA"), will and does move, pursuant to Fed. R.
2  Civ. P., Rule 55(c) and L.R. 7-5(a), to set aside a Clerk's Entry of Default ([ECF
3  No. 157](#)) so that it (and any others) may file claims for contribution in these
4  proceedings as provided by *In re Live Life Bella Vita LLC*, 115 F. 4th 1188, 2024
5  AMC 517 (9th Cir. 2024).

6      This Motion is based on the grounds that pursuant to Federal Rule of Civil
7  Procedure 55(c), good cause exists for the Court to set aside the clerk's default to
8  allow contribution claims that were not considered at the time of the default. See
9  *Willis ex. rel. Estate of Williams v. Williams Sports Rentals, Inc.,* Case No. 2:17-
10 cv-00654-KJM-JDP, 2023 WL 3344092, 2023 U.S. Dist. LEXIS 81992, *3, 2023
11 AMC 280 (E.D. Cal. May 10, 2023)(granting motion to set aside June 2017 Clerk
12 Default in Limitation Proceedings almost six years after it was entered to allow
13 contribution claims to be filed against vessel owners). Neither MENA nor a
14 number of other potential claimants did not have meaningful notice of the deadline
15 to either answer Petitioners' Petition under Rule F(5) or make a claim when default
16 was first sought to be entered and did not need to do so until now, having recently
17 been included in state court proceedings that seek to resolve issues of federal
18 maritime law for which this Court has continuing exclusive admiralty jurisdiction.
19 See *Ex parte Green,* 286 U.S. 437 (1932). Without this Court's intervention in
20 setting aside the default, MENA as well as others will be deprived of their rights to
21 assert their own claims, including for contribution, against Petitioners through no
22 fault of their own, even though they have a meritorious defense, and setting aside
23 the default will not prejudice any other party. Moreover, as the Los Angeles
24 Superior Court took judicial notice that the Counter Claimants are no longer
25 seeking any rights or remedies under California law in the state court proceedings,
26 including but not limited to any California statute, the basis for pursuing their
27 claims in that forum pursuant to the saving to suitors clause no longer exists, if it
28 ever did, given this is not a single claimant proceeding.



313378883v.2

MENA'S NOTICE OF MOTION TO SET ASIDE CLERK'S DEFAULT

1  This Motion is also based on the concurrently filed supporting
2  Memorandum of Points and Authorities, the Request for Judicial Notice, along
3  with all pleadings, documents, and files in this matter, previously filed, and all
4  other matters of which this Court may take judicial notice, and upon such other
5  and further oral or other documentary evidence as may be presented to the Court
6  at or prior to the hearing of this matter.
7  This Motion is made following many conferences of counsel pursuant to
8  L.R. 7-3 that took place on various dates as the issues were raised in state court
9  with counsel for the Counter Claimants, along with Petitioners' counsel including
10 on May 9, 2025, as well as on May 19, 2025 when counsel for Petitioners, who
11 did not provide legal or factual basis for not stipulating to the relief requested or in
12 opposition to the motion, agreed to set the hearing for this motion on June 23,
13 2025, provided filing was made on or before May 26, 2025.

Respectfully submitted,

Dated: May 23, 2025

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: _____
B. Otis Felder
*CSB Certified Admiralty*
*& Maritime Law Specialist*
Attorneys for Claimant
MURATA ELECTRONICS
NORTH AMERICA, INC.



MENA'S NOTICE OF MOTION TO SET ASIDE CLERK'S DEFAULT

313378883v.2