1  B. Otis Felder (CSB 177628)
   Otis.Felder@wilsonelser.com
2  *CSB Certified Admiralty*
     *& Maritime Law Specialist*
3  **WILSON, ELSER, MOSKOWITZ,**
     **EDELMAN & DICKER LLP**
4  555 South Flower Street, Suite 2900
   Los Angeles, California 90071
5  Telephone:  (213) 443-5100
   Facsimile:   (213) 443-5101
6
   Attorneys for Claimant
7  MURATA ELECTRONICS NORTH AMERICA, INC.

8            UNITED STATES DISTRICT COURT

9         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10                        IN ADMIRALTY

| 11 | IN THE MATTER OF THE COMPLAINT OF TRUTH AQUATICS, INC. AND GLEN RICHARD FRITZLER and DANA JEANNE FRITZLER, individually and as Trustees of the FRITZLER FAMILY TRUSTS DTD 7/27/92 as owners and/or owners pro hac vice of the dive vessel CONCEPTION, OFFICIAL NUMBER 638133, FOR EXINERATION FROM OR LIMITATION OF LIABILITY<br><br>Petitioners,<br><br>AND RELATED COUNTERCLAIMS | Case No.: 2:19-CV-07693 PA (MRWx)<br><br>Hon. Percy Anderson<br><br>Related Cases: 2:21-cv-07065-PA-MRW<br>2:22-cv-00202-PA-MRW<br>2:23-cv-00985-PA-MRW<br><br>**REQUEST FOR JUDICIAL NOTICE BY CLAIMANT MURATA ELECTRONICS NORTH AMERICA, INC. IN SUPPORT OF ITS MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT & EXHIBIT A THERETO**<br><br>Fed. R. Civ. P. 55(c)<br><br>Hearing Date: Monday, June 23, 2025<br>Hearing Time: 1:30 p.m.<br>Hearing Dept.: Courtroom 9A<br><br>Action Filed: 9/5/2019<br>Trial Date: TBA |
|---|---|

24    TO THE COURT, THE CLERK, PETITIONERS AND COUNTER

25  CLAIMANTS AND THEIR COUNSEL OF RECORD:

26     Claimant MURATA ELECTRONICS NORTH AMERICA ("MENA")

27  respectfully submits its request for judicial notice and the following Exhibit A in

28  support of its motion to set aside clerk's entry of default filed separately



MENA'S  REQUEST FOR JUDICIAL NOTICE & EXHIBIT A THERETO
313378883v.2

1  herewith.  Claimant MENA identifies the following Exhibit A, referenced in its
2  motion and supporting brief, as to establishing that the Los Angeles Superior
3  Court in its related proceeding took judicial notice that "(1) Plaintiffs do not seek
4  any rights or remedies under California law in these related proceedings, including
5  but not limited to any California statute" and "(2) Plaintiffs did not advise the
6  federal court overseeing the limitation proceedings of any other parties under
7  Federal Rules of Civil Procedures [Rule] 19, subdivision (c), of the potential of
8  filing claims against Defendant Murata Electronics North America, Inc. or other
9  entities.", as follows:

- **Exhibit A** is a true and correct copy of policy of a Minute Order dated April 22, 2025 by the Superior Court of California, County of Los Angeles, Civil Division, Central District, Spring Street Courthouse, Dept. 12 ("LASC"), the Honorable Carolyn B. Kuhl, in LASC Case No. 21STCV08121, *Nancy Fiedler, et al. vs. Truth Aquatics, Inc. et al.*, except as marked in red as "EXHIBIT A – p. X" and "a red box" as indicated on Exhibit A, p. 13, with respect to the LASC taking judicial notice as described above.

As to Exhibit A, this document, and the facts within it, is a proper subject of judicial notice under Fed. R. Evid. 201 as it is a record in a related court action in the State of California. Under Fed. R. Evid. 201, records of court actions, not reasonably subject to dispute and that are capable of immediate and accurate determination by resort to sources of reasonably indisputable accuracy, may form the basis of judicial notice.  *Bias v. Moynihan*, 508 F.3d 1212, 1225 (9th Cir. 2007) ("may take judicial notice of proceedings in other courts both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue."); *see also*, e.g., *MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504  (9th Cir. 1986); *Mack v. South Bay Beer Distributors, Inc.*, 798 F.2d 1279, 1282  (9th Cir. 1986).



| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: May 23, 2025 | **WILSON, ELSER, MOSKOWITZ,** |
| 3 | | **EDELMAN & DICKER LLP** |
| 4 | | By: _____ |
| 5 | | B. Otis Felder |
| | | *CSB Certified Admiralty* |
| | | *& Maritime Law Specialist* |
| 6 | | Attorneys for Claimant |
| 7 | | MURATA ELECTRONICS NORTH AMERICA, INC. |