UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

IN ADMIRALTY

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF TRUTH AQUATICS, INC. AND GLEN RICHARD FRITZLER and DANA JEANNE FRITZLER, individually and as Trustees of the FRITZLER FAMILY TRUSTS DTD 7/27/92 as owners and/or owners pro hac vice of the dive vessel CONCEPTION, OFFICIAL NUMBER 638133, FOR EXINERATION FROM OR LIMITATION OF LIABILITY<br><br>Petitioners,<br><br>AND RELATED COUNTERCLAIMS | Case No.: 2:19-CV-07693 PA (MRWx)<br><br>Hon. Percy Anderson<br><br>Related Cases: 2:21-cv-07065-PA-MRW<br>2:22-cv-00202-PA-MRW<br>2:23-cv-00985-PA-MRW<br><br>**ORDER SETTIING ASIDE CLERK'S ENTRY OF DEFAULT**<br><br>Fed. R. Civ. P. 55(c)<br><br>Hearing Date: Monday, June 23, 2025<br>Hearing Time: 1:30 p.m.<br>Hearing Dept.: Courtroom 9A<br><br>Action Filed: 9/5/2019<br>Trial Date: TBA |

The Court, having considered the moving and opposing papers and arguments of counsel, takes judicial notice, pursuant to Fed. R. Evid. 201, that the Los Angeles Superior Court took judicial notice that in the proceedings before it, , *Nancy Fiedler, et al. vs. Truth Aquatics, Inc. et al.*, LASC Case No. 21STCV08121, that "(1) Plaintiffs do not seek any rights or remedies under California law in these related proceedings, including but not limited to any California statute" and "(2) Plaintiffs did not advise the federal court overseeing

1  the limitation proceedings of any other parties under Federal Rules of Civil
2  Procedures [Rule] 19, subdivision (c), of the potential of filing claims against
3  Defendant Murata Electronics North America, Inc. or other entities."

4    For good cause shown, the Court GRANTS the motion, pursuant to Federal Rules of Civil Procedure, Rule 55(c), by MURATA ELECTRONICS NORTH AMERICA, INC. to set aside the Clerk's entry of default (ECF No. 157) entered August 6, 2020. See *Willis ex. rel. Estate of Williams v. Williams Sports Rentals, Inc.,* Case No. 2:17-cv-00654-KJM-JDP, 2023 WL 3344092, 2023 U.S. Dist. LEXIS 81992, *3, 2023 AMC 280 (E.D. Cal. May 10, 2023).

    MURATA ELECTRONICS NORTH AMERICA, INC. and any other potential claimant(s) shall submit any and all claim(s) on or before August 1, 2025.

    SO ORDERED.

    Dated June ___, 2025    _____
           Hon. Percy Anderson
           UNITED STATES DISTRICT JUDGE

1
2                                       Respectfully submitted,
3   Dated: May 23, 2025              **WILSON, ELSER, MOSKOWITZ,**
4                                         **EDELMAN & DICKER LLP**
5                             By:  _____
6                                  B. Otis Felder
                                   *CSB Certified Admiralty*
7                                  *& Maritime Law Specialist*
                                   Attorneys for Claimant
8                                  MURATA ELECTRONICS
                                   NORTH AMERICA, INC.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28