MATTHEW D. DAVIS (State Bar No. 141986)
mdavis@walkuplawoffice.com
SPENCER J. PAHLKE (State Bar No. 250914)
spahlke@walkuplawoffice.com
WALKUP, MELODIA, KELLY & SCHOENBERGER
650 California Street, 26th Floor
San Francisco, CA 94108
Telephone: 415-981-7210
Telecopier: 415-391-6965

*Attorneys For Respondents/Counterclaimants Nancy Fiedler; Estate Of Lisa Fielder; Matthew Guiney, Estate Of Marybeth Guiney; Olga Faynshteyn, Estate Of Yuliya Krashennaya; Katie Osborne, Estate Of Daniel Garcia; Christina Quitasol, Estate Of Michael Quitasol; And Sarma Williams, Estate Of Vaidehi Devi Campbell Williams*

[Addt'l Csl. for Other Respondents/Counterclaimants listed in the signature block]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF TRUTH AQUATICS, INC. AND GLEN RICHARD FRITZLER and DANA JEANNE FRITZLER, individually and as Trustees of the FRITZLER FAMILY TRUSTS DTD 7/27/92 as owners and/or owners pro hac vice of the dive vessel CONCEPTION, OFFICIAL NUMBER 638133, FOR EXINERATION FROM OR LIMITATION OF LIABILITY | Case No. 2:19-CV-07693 PA (MRWx)<br>Hon. Percy Anderson<br>Related Cases:<br>2:21-cv-07065-PA-MRW<br>2:22-cv-00202-PA-MRW<br>2:23-cv-00985-PA-MRW<br><br>**RESPONDENTS' AND COUNTER-CLAIMANTS NOTICE OF COMPLIANCE WITH COURT'S ORDER DATED JUNE 18, 2025 RE NOTICE TO DEFENDANTS IN THE STATE COURT ACTION**<br><br>**Date: June 23, 2025**<br>**Time: 1:30 p.m.**<br>**Place: 9A – First Street Courthouse** |

Respondents/Counter-Claimants Nancy Fiedler; Estate of Lisa Fiedler; Matthew Guiney; Estate of Marybeth Guiney; Olga Faynshteyn; Estate of Yuliya Krashennaya; Katie Osborne; Estate of Daniel Garcia; Christina Quitasol; Estate of Michael Quitasol; Sarma Williams; Estate of Vaidehi Devi Campbell Williams; Cheng Leng Tan; Estate of Wei Tan; Chik Ping Yap; Sejay Tan: Yadira Alvarez; Estate of Berenice Felipe; Nina Huttegger; Julia Ahopelto, C.A. (a minor); Jean Anne Allen; Estate of Carol Diana Adamic; Estate of Steven John Salika; Estate of Tia Nicole Adamic Salika; Shirley Salika; James Adamic; Victoria Ellen Moore; Christine Dignam; Jasmine Lord; Yuka Hatashi Merritt; Viikram Singh; Susana Solano Rosas; Shruti Deopuraji; Robert Kurtz; Cherie McDonough; Kaustubh Nirmal; Gregory Krashenny; Seema Sharma; Anthony Beitzinger; Henry Garcia; Margaret Strom; Eric Baltz; Atlee Fritz; Richard X. Liu; Estate of Xiang Lin; Ariel Takvam; Kenneth Takvam; Mary R. Takvam; Mark Adamic; Angelika Adamic; Dominic Micael Selga; Estate of Fernisa June Sison; Nisa Shinagawa; Ryan Sims; Daniel Poh-Hock Chua; and Estate of Kristen Findstad (collectively "Counter-Claimants") respectfully give notice of their compliance with this Court's Order dated June 18, 2025.

As ordered by this Court, Counter-Claimants served notice of this Court's June 18, 2025 Order on all parties in the pending State Court Action, the master file being styled as *Fiedler, et al. v. Truth Aquatics, Inc., et al.* LASC Case No. 21STCV08121 ("State Court Action"). A copy of the Notice of Ruling is attached hereto. The Notice of Ruling was filed and served via CaseAnywhere which is the electronic service provider for the State Court Action.

| | |
|---|---|
| Dated: June 23, 2025 | Respectfully submitted, |
| | NELSON & FRAENKEL, LLP |
| | |
| | */s/Gretchen M. Nelson* |
| | Gretchen M. Nelson |
| | gnelson@nflawfirm.com |
| | Carlos F. Llinás Negret |
| | cllinas@nflawfirm.com |
| | 601 South Figueroa Street, Suite 2050 |
| | Los Angeles, CA 90017 |
| | cllinas@nflawfirm.com |
| | *Counsel for: Cheng Leng Tan, Estate of Wei Tan, Chik Ping Yap, Sejay Tan, Yadira Alvarez, Estate of Berenice Felipe, Nina Huttegger, Julia Ahopelto, C.A. (a minor), Jean Anne Allen, Estate of Carol Diana Adamic, Estate of Steven John Salika, Estate of Tia Nicole Adamic Salika, Shirley Salika, James Adamic.* |
| | |
| | MCGUINN HILLSMAN AND PALEFSKY |
| | |
| | */s/John R. Hillsman* |
| | John R. Hillsman |
| | jrhillsman@mhpsf.com |
| | 220 Jackson Street, Suite 350 |
| | San Francisco, CA 94111 |
| | *Counsel for: Victoria Ellen Moore, Christine Dignam, Jasmine Lord, Yuka Hatashi Merritt, Viikram Singh, and Susana Solano Rosas.* |

3

RESPONDENTS & COUNTER-CLAIMANTS NOT. OF COMPLIANCE WITH COURT'S ORDER DATED JUNE 18, 2025 RE NOTICE TO NEWLY ADDED DEFENDANTS IN STATE COURT ACTION
CASE NO.:2:19-cv-07693 PA (MRWx)

SALTZ MONGELUZZI AND BENDESKY PC

/s/ *Ernest D. DiSandro, Jr.*
Jeffrey P Goodman (Pro Hac Vice)
jgoodman@smbb.com
Ernest D. DiSandro, Jr. (Pro Hac Vice)
ddisandro@smbb.com
1650 Market Street 52nd Floor
Philadelphia, PA 19103

PANISH SHEA AND BOYLE LLP

*/s/Robert Samuel Glassman*
Robert Samuel Glassman
11111 Santa Monica Boulevard Suite 700
Los Angeles, CA 90025
glassman@panish.law
*Counsel for: Shruti Deopuraji, Robert Kurtz, Cherie McDonough, Kaustubh Nirmal, Gregory Krashenny, Seema Sharma, Cherie McDonough, Anthony Beitzinger, Henry Garcia, Margaret Strom, Eric Baltz, Atlee Fritz.*

KREINDLER & KREINDLER
NELSON & FRAENKEL LLP

*/s/Kevin Mahoney*
Kevin J. Mahoney (Pro Hac Vice)
kmahoney@kreindler.com
485 Lexington Avenue, 28th Floor
New York, NY 1001
*Attorneys for: Nina Hutteger*

GALINE FRYE FITTING AND FRANGOS

*/s/Ilya Demetrios Frangos*
Ilya Demetrios Frangos
ifrangos@gff-law.com
411 Borel Avenue Suite 500
San Mateo, CA 94402
*Counsel for: Richard X. Liu, Estate of Xiang Lin.*

FIORE ACHERMANN ALC

*/s/Jennifer L Fiore*
Jennifer L Fiore
jennifer@thefafirm.com
Sophia M Acherman
sophia@thefafirm.com
340 Pine Street Suite 503
San Francisco, CA 94104
*Counsel for: Ariel Takvam, Kenneth Takvam, Mary R. Takvam, Mark Adamic, Angelika Adamic.*

WALKUP MELODIA KELLY WECHT AND SCHOENBERGER

*/s/Matthew D. Davis*
Matthew D. Davis
mdavis@walkuplawoffice.com
650 California Street, 26th Floor
San Francisco, CA 94108
*Counsel for: Christina Quitasol, Katie Osborne, Olga Faynshteyn, Sarma Williams, Nancy Fiedler, Matthew Guiney.*

LAW OFFICE OF W RUSSELL FIELDS

*/s/Aurelio Edward Fields*
Aurelio Edward Fields
ed@russfieldslaw.com
1792 Tribute Road Suite 400
Sacramento, CA 95815
*Counsel for: Dominic Micael Selga, Estate of Fernisa June Sison, Nisa Shinagawa.*

ARNOLD AND ITKIN LLP

*/s/Cory Itkin*
Cory Itkin
citkin@arnolditkin.com
Roland T Christensen
6009 Memorial Drive
Houston, TX 77007
*Counsel for: Ryan Sims.*

Todd M. Abbott, Esquire

*/s/ Todd M. Abbott*
Todd M. Abbott
tmabbottlaw@gmail.com
2127 Olympic Parkway, Suite 1006, No. 348
Chula Vista, California 91915
*Counsel for: Daniel Poh-Hock Chua; Estate of Kristen Findstad.*

## **FILER'S ATTESTATION**

The filing attorney attests that the filing attorney has obtained permission regarding the filing of this document from the signatories of this document. All parties authorize the filing attorney to affix their CM/ECF electronic signatures to this document.

Dated: June 23, 2025                    NELSON & FRAENKEL

                                        By: /s/ Gretchen M. Nelson
                                             Gretchen M. Nelson

                                        *Attorneys for Plaintiffs*

8

RESPONDENTS & COUNTER-CLAIMANTS NOT. OF COMPLIANCE WITH COURT'S ORDER DATED JUNE 18, 2025 RE NOTICE TO NEWLY ADDED DEFENDANTS IN STATE COURT ACTION
CASE NO.:2:19-cv-07693 PA (MRWx)