Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
Hilary Potashner (SBN 167060)
hpotashner@larsonllp.com
A. Alexander Lowder (SBN 269362)
alowder@larsonllp.com
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Telephone:(213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Petitioners Truth Aquatics, Inc., Glen Richard Fritzler, and Dana Jeanne Fritzler, individually and as Trustees of the Fritzler Family Trust DTD 7/27/92

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF TRUTH AQUATICS, INC. and GLEN RICHARD FRITZLER, and DANA JEANNE FRITZLER, individually and as Trustees of the FRITZLER FAMILY TRUST DTD 7/27/92 as owners and/or owners pro hac vice of the dive vessel CONCEPTION, OFFICIAL NUMBER 638133, FOR EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Petitioners. | Case No. 2:19-CV-07693 PA (MRWx)<br><br>**JOINT SEMI-ANNUAL STATUS REPORT** |

# SEMI-ANNUAL STATUS REPORT

This litigation arises from the September 2, 2019, fire aboard the *Conception*. Petitioners Truth Aquatics, Inc., Glen Richard Fritzler, and Dana Jeanne Fritzler (collectively, "Petitioners") filed this action, seeking relief under the Vessel Owners Limitation of Liability Act, 46 U.S.C. §§ 30501–11. Claimants represent the 33 passengers and crewmember who died aboard the vessel, a surviving crewmember who sustained personal injuries, and a company that chartered the vessel (collectively, "Claimants").

After Claimants answered Petitioners' pleadings and the parties exchanged initial disclosures, the parties reached a stipulation that stayed the instant action and permitted Claimants to file state court actions under the "savings to suitors" clause of the Federal Judiciary Act of 1789, 28 U.S.C. § 1333(1). (See ECF No. 179.). (*See* ECF No. 179.) Upon granting the stipulation, the Court ordered semi-annual status reports to be filed, beginning on August 1, 2021. (*See id.* ¶ 5.) The Parties have since filed timely semi-annual status reports.

On March 1, 2021, Claimants filed their complaints in the Superior Court of California, County of Los Angeles (the "Superior Court"), asserting claims against Petitioners and other defendants. On March 11, 2021, the Superior Court designated a lead case, *Fiedler, et al. v. Truth Aquatics, et al.*, Case No. 21STCV08121. Since then, eleven other complaints have been deemed related to the *Fiedler* case, and all related cases have been assigned to the Honorable Carolyn B. Kuhl in Department 12 of the Complex Division.

On August 31, 2022, Plaintiffs in the *Fiedler* case filed a Second Amended Master Complaint. On September 1, 2022, Plaintiffs in the related cases filed Notices of Adoption of the Second Amended Master Complaint and Short Form Complaints. On September 29, 2022, Defendants Truth Aquatics, Inc. and Glen Richard Fritzler and Dana Jeanne Fritzler, individually and as trustees of the Fritzler Family Trust DTD 7/27/92 filed Answers to the Second Amended Master Complaint and to the

Short Form Complaints. On September 2, 2022, the Court accepted the Cross-Complaint filed by Defendants Truth Aquatics, Inc. and Glen Richard Fritzler and Dana Jeanne Fritzler, individually and as trustees of the Fritzler Family Trust DTD 7/27/92.

On December 22, 2022, Defendant Daniel W. Bader, D.B.A. Sea Landing Dive Center, filed a motion for summary judgment on the Second Amended Master Complaint and on all of the related Amended Short Form Complaints. The motion was heard on May 18, 2023, and after taking it under submission, the Court denied the motion on June 12, 2023.

On January 31, 2024, Plaintiffs in the *Fiedler* and related cases filed 59 Doe Amendments to the Complaint, identifying 59 additional defendants. These defendants are believed to have manufactured and/or sold the batteries that were on the Conception on the night of the fire.

Claimants have also filed an action against the U.S. Coast Guard in federal court. Specifically, Claimants filed an action against the U.S. Coast Guard under the Suits in Admiralty Act ("SIAA"), entitled *Nancy Fiedler, et al. v. United States of America*, Case No. 2:21-CV-07065 PA (MRWx). On October 15, 2022, this Court granted the United States leave to file a motion for summary judgment on or before April 24, 2023. On January 4, 2024, this Court granted the United States and Claimants' joint motion for an order continuing the filing date on the United States' Motion for Summary Judgment, which extended the filing date to May 15, 2024. On May 15, 2024, the United States filed a Motion to Dismiss for Lack of Jurisdiction. Thereafter, the United States and Claimants filed a joint motion to continue the hearing on the United States' Motion to Dismiss for Lack of Jurisdiction, which the Court granted in part and denied in part. On August 1, 2024, Judge Percy Anderson granted the United States' Motion to Dismiss and entered a judgment, dismissing the action for lack of subject matter jurisdiction. On August 14, 2024, Claimants filed a notice of appeal of this judgment. On January 21, 2025, Claimants filed their opening

brief on appeal to the United States Court of Appeals for the Ninth Circuit. On March 23, 2025, the United States filed their answering brief on appeal. On July 28, 2025, Claimants filed their reply brief on appeal.

On May 20, 2024, Plaintiffs in the *Fiedler* case filed a Third Amended Master Complaint.

On June 26, 2024, the nineteenth status conference was held in *Fiedler* and the related cases. During this status conference, the Court addressed the scheduling of the anticipated pleading challenges to the Third Amended Master Complaint as well as the exchange of discovery to date. The Court also set a non-appearance case review for July 24, 2024.

On September 10, 2024, the twentieth status conference was held in *Fiedler* and the related cases. During this status conference, the Court made various rulings, including granting the Motion to Quash filed by Murata Manufacturing Co. on the grounds that this defendant had not yet been properly served pursuant to the Hague Convention, and continuing the hearing on the Motions to Quash filed by LG Energy Solution of Michigan, Inc. and EVE Energy North America Corporation. The Court also ordered Plaintiffs to file their Fourth Amended Master Complaint by October 1, 2024, and addressed the scheduling of the anticipated pleading challenges to this amended complaint.

On October 1, 2024, Plaintiffs filed a Fourth Amended Master Complaint, which was corrected on November 5, 2024. Thereafter, various Defendants filed Demurrers and a Motion to Strike the Fourth Amended Master Complaint. The hearing on these Demurrers and a Motion to Strike as well as a further status conference were initially scheduled for March 17, 2025. However, due to calendar congestion, the Court only heard (1) Eve's Motion to Quash for Lack of Personal Jurisdiction, and (2) Amazon's Demurrer on Statute of Limitations Grounds. On March 18, 2025, the Court issued a ruling and overruled Amazon's Demurrer on Statute of Limitations Grounds.

On April 22, 2025, the Court heard the remaining demurrers and motion to strike. The Court made various rulings, including overruling the demurrers, granting the motion to strike, and entering an order granting Eve's Motion to Quash for Lack of Personal Jurisdiction. Having addressed the pleading challenges, the Court ordered responsive pleadings to the Fourth Amended Master Complaint be filed by June 6, 2025 and that the discovery stay remain in place. On May 29, 2025, the Court scheduled a further status conference for August 20, 2025.

On May 23, 2025, in the instant LOLA action, Murata Electronics North America, Inc. ("MENA") filed a Motion to Set Aside Clerk's Entry of Default. On June 17, 2025, the Court denied the motion without prejudice. The Court also set a deadline of October 20, 2025 for hearing any Motions for Relief from the Default entered on August 5, 2020. Petitioners, Claimants, and MENA are meeting and conferring regarding possibly entering into a stipulation to resolve the issues raised by MENA's motion.

In compliance with this Court's Order, the Parties intend to file their next joint status report on or before February 2, 2026.

| | | |
|---|---|---|
| Dated: August 1, 2025 | | LARSON LLP |

By: _____/s/ Hilary Potashner[1]_____
Stephen G. Larson
Hilary Potashner
A. Alexander Lowder

Attorneys for Petitioners Truth Aquatics, Inc., Glen Richard Fritzler, and Dana Jeanne Fritzler, individually and as Trustees of the Fritzler Family Trust DTD 7/27/92

Dated: August 1, 2025            SALTZ MONGELUZZI BARRETT AND BENDESKY PC

By: /s/ Douglas DiSandro, Jr.
Jeffrey P. Goodman
Douglas DiSandro, Jr.

Attorneys for Defendants and Counter Claimants SHRUTI DEOPURAJI, ROBERT KURTZ, GREGORY KRASHENNY, SEEMA SHARMA, CHERIE MCDONOUGH, ESTATE OF PATRICIA ANN BEITZINGER, ESTATE OF DANIEL GARCIA, HENRY GARCIA, MARGARET STROM, ESTATE OF NEAL G. BALTZ, ERIC BALTZ, ESTATE OF TED STEPHEN STROM, ATLEE FRITZ, AND ESTATE OF KAUSTUBH NIRMAL

---

[1] I have been advised by Attorney Gretchen M. Nelson of Nelson and Fraenkel LLP that she is authorized to consent to its filing on behalf of Mr. Fields and Mr. Frangos. This signature line so reflects. Accordingly, and pursuant to Local Rule 5-4.3.4(2)(i), I attest that the attorneys for Claimants concur in this filing's content and have authorized its filing.

| | | |
|---|---|---|
| Dated: August 1, 2025 | | McGUINN, HILLSMAN & PALEFSKY |

By: */s/ John R. Hillsman*
    John R. Hillsman

Attorneys for Defendants and Counter Claimants CHRISTINE DIGNAM, JASMINE LORD, VICTORIA MOORE, YUKA HATASHI MERRITT, AND SUNITA KAUR SANDHU

Dated: August 1, 2025    WALKUP MELODIA KELLY AND SCHOENBERGER

By: */s/ Matthew D. Davis*
    Matthew D. Davis

Attorneys for Defendants and Counter Claimants MATTHEW GUINEY, KATIE OSBORNE, OLGA FAYNSHTEYN, SARMA WILLIAMS, AND NANCY FIEDLER

Dated: August 1, 2025    LAW OFFICE OF W. RUSSELL FIELDS

By: */s/ Gretchen M. Nelson on behalf of*
    W. Russell Fields
    A. Edward Fields

Attorneys for Defendants and Counter Claimants DOMINIC MICHAEL SELGA, THE ESTATE OF FERNISA JUNE SISON, AND NISA SHINAGAWA

| | |
|---|---|
| Dated: August 1, 2025 | GALINE FRYE FITTING AND FRANGOS |

By: */s/ Gretchen M. Nelson on behalf of*
　　Ilya D. Frangos

Attorneys for Defendants and Counter Claimants RICHARD X. LIU

| | |
|---|---|
| Dated: August 1, 2025 | NELSON AND FRAENKEL LLP |

By: */s/ Gretchen M. Nelson*
　　Gretchen M. Nelson

Attorneys for Defendants and Counter Claimants CHENG LENG TAN, ESTATE OF WEI TAN, SEJAY TAN, YADIRA ALVAREZ, CHIK PING YAP, ESTATE OF BERENICE FELIPE, C. A. (A MINOR), NINA HUTTEGGER, JULIA AHOPELTO, ESTATE OF CAROL DIANA ADAMIC, JAMES E. ADAMIC, JEAN ANNE ALLEN, SHIRLEY SALIKA, AND ESTATE OF STEVEN JOHN SALIKA

| | |
|---|---|
| Dated: August 1, 2025 | ARNOLD AND ITKIN LLP |

By: */s/ Cory Itkin*
　　Roland T. Christensen
　　Cory Itkin

Attorneys for Defendants and Counter Claimants RYAN SIMS

| | | |
|---|---|---|
| Dated: August 1, 2025 | | FIORE ACHERMANN ALC |

By: */s/ Jennifer L. Fiore*
Jennifer L. Fiore

Attorneys for Defendants and Counter Claimants ARIEL TAKVAM, KENNETH TAKVAM, MARY R. TAKVAM, MARK ADAMIC, AND ANGELIKA ADAMIC

Dated: August 1, 2025          SCHEURING ZIMMERMAN AND DOYLE LLP

By: */s/ Theodore D. Poppinga*
Theodore D. Poppinga

Attorneys for Defendants and Counter Claimants SUSANA SOLANO ROSAS

Dated: August 1, 2025          ABBOTT AND ABBOTT LAW

By: */s/ Todd M. Abbott*
Todd M. Abbott

Attorneys for Defendants and Counter Claimants DANIEL POH-HOCK CHUA AND WORLDWIDE DIVING ADVENTURES, LLC