BRADFORD J. DEJARDIN (Bar No.195764)
brad.dejardin@huschblackwell.com
PATRICIA BALL ALBERTS (Bar No. 229333)
patricia.alberts@huschblackwell.com
PAUL A. CALFO (Bar No. 336916)
paul.calfo@huschblackwell.com
HUSCH BLACKWELL LLP
355 South Grand Avenue, Suite 2850
Los Angeles, California 90071
Telephone: 213.337.6550
Facsimile: 213.337.6551

Attorneys for Claimant
OLYMPUS CORPORATION OF THE AMERICAS

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

**<u>IN ADMIRALTY</u>**

IN THE MATTER OF THE COMPLAINT OF TRUTH AQUATICS, INC. and GLEN RICHARD FRITZLER and DANA JEANNE FRITZLER, individually and as Trustees of the FRITZLER FAMILY TRUST DTD 7/27/92 as owners and/or owners pro hac vice of the dive vessel *CONCEPTION*, OFFICIAL NUMBER 638133, FOR EXONERATION FROM OR LIMITATION OF LIABILITY,

Petitioners.

---

AND RELATED COUNTERCLAIMS

Case No.: 2:19-CV-07693 PA (MRWx)

Hon. Percy Anderson

Related Cases:
2:21-cv-07065-PA-MRW
2:22-cv-00202-PA-MRW
2:23-cv-00985-PA-MRW

**NOTICE OF MOTION AND CLAIMANTS' JOINT MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT**

Fed. R. Civ. P. 55(c)

Hearing Date: October 20, 2025
Hearing Time: 1:30 p.m.
Hearing Dept.: Courtroom 9A

Action Filed: 9/5/2019
Trial Date: TBA

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550

**TO THE COURT, THE CLERK, AND PETITIONERS, COUNTER-CLAIMANTS, AND THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on Monday, October 20, 2025, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 9A, before the Honorable Percy Anderson, at the First Street Courthouse, 9th Floor, located at 350 West 1st Street, Los Angeles, California 90012, Claimants OLYMPUS CORPORATION OF THE AMERICAS; AMAZON.COM, INC.; APPLE INC.; BATTERIES PLUS LLC; BATTERY STORE, INC.; BLUE NOOK CORP. d/b/a WASABI POWER; CANON U.S.A., INC.; DANTONA INDUSTRIES, INC., erroneously sued in the state court action as DANTONA BATTERIES, INC. and erroneously sued in the State Court action as ULTRALAST BATTERIES; THE DURACELL COMPANY; DURACELL INDUSTRIAL OPERATIONS, INC.; DURACELL US OPERATIONS, INC.; DUSLAN TECHNOLOGY, INC. d/b/a ONLYBATTERIES.COM; EBAY INC.; ENERGIZER HOLDINGS, INC.; GO PRO, INC.; MURATA ELECTRONICS NORTH AMERICA, INC.; PAWW, LLC; PANASONIC CORPORATION OF NORTH AMERICA; SAMSUNG SDI AMERICA, INC.; SHORE POWER INC. d/b/a BATTERY JUNCTION; SONY ELECTRONICS INC.; SUREFIRE LLC; SUREFIRE HOLDINGS LLC; TENERGY CORPORATION; and ULTRALIFE CORPORATION (collectively, "Moving Claimants") will, and hereby do, move, pursuant to Fed. R. Civ. P. 55(c) and L.R. 7-5(a), to set aside the Clerk's default entered on August 6, 2020 (ECF No. 157) so that they may file claims for indemnity and contribution in this proceeding, as provided by *In re Live Life Bella Vita LLC*, 115 F. 4th 1188, 2024 AMC 517 (9th Cir. 2024).

Pursuant to Rule 55(c), good cause exists for the Court to set aside the Clerk's default to allow indemnity and contribution claims not considered prior to the Clerk's entry of default. *See Willis ex. rel. Estate of Williams v. Williams Sports Rentals, Inc.*, 2023 WL 3344092, 2023 AMC 280 (E.D. Cal. May 10, 2023) (granting motion to set

aside June 2017 clerk's default in limitation proceedings nearly six years after entry to allow contribution claims against vessel owners). Moving Claimants had no notice of the deadline to answer Petitioners' Rule F(5) Petition prior to the Clerk's entry of default, as they were not named or served in this limitation proceeding at that time. Now that they have been added to a state court action requiring resolution of issues of federal maritime law for which this Court has continuing exclusive admiralty jurisdiction, *Ex parte Green*, 286 U.S. 437 (1932), Moving Claimants seek to exercise their right to assert indemnity and contribution claims in this proceeding.

If this Court does not set aside the default, Moving Claimants will be deprived of their right to assert their claims against Petitioners through no fault of their own, even though they have meritorious defenses. Setting aside the default will not prejudice any party. Moving Claimants have never been party to this proceeding before and did not have any notice or knowledge of the stipulation reached between Petitioners and Counter-Claimants in this action, and thus never acceded to the stipulation giving rise to Counter-Claimants' state court action.

This Motion also is based on the concurrently filed supporting Memorandum of Points and Authorities, the Declaration of Paul A. Calfo and exhibits attached thereto, the Request for Judicial Notice, and all pleadings, documents, and files in this proceeding, previously filed, and upon such other and further oral or documentary evidence as may be presented to the Court at or prior to the hearing of this motion.

This Motion is made following meetings to confer which took place from September 4, 2025 through September 11, 2025, with counsel for the parties in the state court action and this limitation proceeding, as more fully outlined in Mr. Calfo's supporting Declaration at Paragraphs 20 through 29, and pursuant to L.R. 7-3 and this Court's Order (ECF No. 199). Petitioners and Counter-Claimants intend to oppose this Motion. Despite the meetings to confer described in Mr. Calfo's Declaration,

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550

Moving Claimants could not reach a resolution with Petitioners or Counter-Claimants.

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550

Dated: September 19, 2025

**HUSCH BLACKWELL LLP**

355 S. Grand Avenue. Suite 2850
Los Angeles, California 90071
Telephone: 213.337.6550
Facsimile: 213.337.6551
brad.dejardin@huschblackwell.com
patricia.alberts@huschblackwell.com
paul.calfo@huschblackwell.com

By: */s/ Paul A. Calfo*
Paul A. Calfo (CA Bar No. 336916)
Bradford J. DeJardin (CA Bar No. 195764)
Patricia B. Alberts (CA Bar No. 229333)

Attorneys for
**CLAIMANT OLYMPUS CORPORATION OF THE AMERICAS**

Dated: September 19, 2025

**PERKINS COIE LLP**

11452 El Camino Real, Suite 300
San Diego, California 92130-2080
Telephone: (858) 720-5700
Facsimile: (858) 720-5799
tshinall@perkinscoie.com
rhartman@perkinscoie.com
kcole@perkinscoie.com

By: */s/ Tara Shinall*
Tara Shinall (CA Bar No. 353302)
Ray Hartman III (CA Bar No. 211205)
Kyle Cole (CA Bar No. 319102)

Attorneys for
**CLAIMANT AMAZON.COM, INC.**

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550

Dated: September 19, 2025

**GIBSON, DUNN, & CRUTCHER LLP**

333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
cchorba@gibsondunn.com
wsze@gibsondunn.com
rluskin@gibsondunn.com

**ARENT FOX SCHIFF LLP**

555 West Fifth Street, 48th Floor
Los Angeles, California 90013
Telephone: 213.629.7400
Facsimile: 213.629.7401
sara.schneider@afslaw.com
jessica.do@afslaw.com

By: */s/ Christopher Chorba*
Christopher Chorba (CA Bar No. 216692)
Wesley Sze (CA Bar No. 306715)
Roark Luskin (CA Bar No. 341761)
Sara Schneider (CA Bar No. 298103)
Jessica Do (CA Bar No. 317517)

Attorneys for
**CLAIMANT APPLE INC.**

Dated: September 19, 2025

**MURPHY SANCHEZ PLLC**

4040 Civic Center Drive, Suite 200
San Rafael, California 94903
Telephone: (628) 386-1805
Facsimile: (215) 799-9349
jsanchez@murphysanchez.com

By: */s/ Jennifer Sanchez*
Jennifer Sanchez (CA Bar No. 191548)

Attorneys for
**CLAIMANT BATTERIES PLUS LLC**

6

NOTICE OF MOTION AND CLAIMANTS' JOINT MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT

Dated: September 19, 2025

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101
gary.pancer@wilsonelser.com
adam.wayne@wilsonelser.com

By: */s/ Gary Pancer*
Gary Pancer (CA Bar No. 160223)
Adam Wayne (CA Bar No. 332534)

Attorneys for
**CLAIMANT BATTERY STORE, INC.**

Dated: September 19, 2025

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

555 S. Flower Street, Suite 2900
Los Angeles, CA 90071-2407
Telephone: (213) 443-5100
Facsimile: (213) 443-5101
gregory.lee@wilsonelser.com
danielle.rivera@wilsonelser.com

By: */s/ Gregory Lee*
Gregory K. Lee (CA Bar No. 220354)
Danielle C. Rivera (CA Bar No. 341009)

Attorneys for
**CLAIMANT BLUE NOOK CORP. D/B/A WASABI POWER**

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550

Dated: September 19, 2025

**BOWMAN AND BROOKE LLP**

600 Anton Blvd., Suite 650
Costa Mesa, California 92626
Telephone: (310) 380-6500
Facsimile: (310) 525-6600
prentice.schanz@bowmanandbrooke.com
carissa.casolari@bowmanandbrooke.com

By: */s/ C. Prentice Schanz*
C. Prentice Schanz (CA Bar No. 319169)
Carissa Casolari (CA Bar No. 292878)

Attorneys for
**CLAIMANT CANON U.S.A., INC.**

Dated: September 19, 2025

**MURPHY, PEARSON, BRADLEY & FEENEY**

500 Capitol Mall, Suite 1080
Sacramento, California 95814
Telephone: (916) 565-0300
Facsimile: (916) 565-1636
hbroomand@mpbf.com
ajoea@mbpf.com

By: */s/ I. Hooshie Broomand*
I. Hooshie Broomand (CA Bar No. 210206)
Aman Joea (CA Bar No. 336300)

Attorneys for
**CLAIMANT DANTONA INDUSTRIES, INC., ERRONEOUSLY SUED IN THE STATE COURT ACTION AS DANTONA BATTERIES, INC. AND ERRONEOUSLY SUED IN THE STATE COURT ACTION AS ULTRALAST BATTERIES**

HUSCH BLACKWELL LLP
355 S. Grand Avenue, Suite 2850
Los Angeles, California 90071
(213) 337-6550

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550

Dated: September 19, 2025

**THE SAFARIAN FIRM, APC**

3150 Montrose Avenue
Glendale, California 91214
Telephone: (818) 334-8528
Facsimile: (818) 334-8107
hdp@safarianfirm.com
hs@safarianfirm.com

By: */s/ Hillary D. Patton*
Hillary D. Patton (CA Bar No. 256055)
Harry Safarian (CA Bar No. 204106)

Attorneys for
**CLAIMANT DURACELL U.S. OPERATIONS, INC.**

Dated: September 19, 2025

**THE SAFARIAN FIRM, APC**

3150 Montrose Avenue
Glendale, California 91214
Telephone: (818) 334-8528
Facsimile: (818) 334-8107
hdp@safarianfirm.com
hs@safarianfirm.com

By: */s/ Hillary D. Patton*
Hillary D. Patton (CA Bar No. 256055)
Harry Safarian (CA Bar No. 204106)

Attorneys for
**CLAIMANT DURACELL INDUSTRIAL OPERATIONS, INC.**

9

NOTICE OF MOTION AND CLAIMANTS' JOINT MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550

Dated: September 19, 2025

**THE SAFARIAN FIRM, APC**

3150 Montrose Avenue
Glendale, California 91214
Telephone: (818) 334-8528
Facsimile: (818) 334-8107
Hdp@safarianfirm.com
Hs@safarianfirm.com

By: */s/ Hillary D. Patton*
Hillary D. Patton (CA Bar No. 256055)
Harry Safarian (CA Bar No. 204106)

Attorneys for
**CLAIMANT THE DURACELL COMPANY**

Dated: September 19, 2025

**MCGLINCHEY STAFFORD**

2050 Main Street, Suite 550
Irvine, California 92614
Telephone: (949) 381-5925
Facsimile: (949) 266-8643
ktickner@mcglinchey.com

By: */s/ Kere Tickner*
Kere Tickner (CA Bar No. 174777)

Attorneys for
**CLAIMANT DUSLAN TECHNOLOGY D/B/A ONLYBATTERIES.COM**

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550

Dated: September 19, 2025

**GREENBERG TRAURIG, LLP**

1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
bisharal@gtlaw.com
ballon@gtlaw.com
changl@gtlaw.com

By: */s/ Layal Bishara*
Layal Bishara (CA Bar No. 329154)
Ian C. Ballon (CA Bar No. 141819)
Lori Chang (CA Bar No. 228142)

Attorneys for
**CLAIMANT EBAY INC.**

Dated: September 19, 2025

**BRYAN CAVE LEIGHTON PAISNER LLP**

1920 Main Street, Suite 1000
Irvine, California 92614-7276
Telephone: (949) 223-7000
Facsimile: (949) 223-7100
aileen.hunter@bclplaw.com
jasdeep.atwal@bclplaw.com

By: */s/ Aileen Hunter*
Aileen Hunter (CA Bar No. 253162)
Jasdeep Atwal (CA Bar No. 318309)

Attorneys for
**CLAIMANT ENERGIZER HOLDINGS, INC.**

Dated: September 19, 2025

**EVERETT DOREY LLP**

2030 Main Street, Suite 1200
Irvine, California 92614
Telephone: (949) 771-9233
Facsimile: (949) 377-3110
tphernandez@everettdorey.com
severett@everettdorey.com
sdorey@everettdorey.com
sjamneshan@everettdorey.com

By: */s/ Tiffany-Paige Hernandez*
Tiffany-Paige Hernandez (CA Bar No. 352156)
Seymour Everett III (CA Bar No. 223441)
Samantha Dorey (CA Bar No. 281006)
Shirley Jamneshan (CA Bar No. 218296)

Attorneys for
**CLAIMANT GO PRO, INC.**

Dated: September 19, 2025

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101
otis.felder@wilsonelser.com

By: */s/ Otis Felder*
B. Otis Felder (CA Bar No. 177628)
*CSB Certified Admiralty & Maritime Law Specialist*

Attorneys for
**CLAIMANT MURATA ELECTRONICS NORTH AMERICA, INC.**

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550

Dated: September 19, 2025

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101
valeria.granata@wilsonelser.com
natalia.duque@wilsonelser.com

By: */s/ Valeria Granata*
Valeria Granata (CA Bar No. 305905)
Natalia Duque (CA Bar No. 334261)

Attorneys for
**CLAIMANT PAWW, LLC**

Dated: September 19, 2025

**KLEIN THOMAS LEE & FRESARD**

1920 Main Street, Suite 230
Irvine, California 92614
Telephone: (949) 676-4570
kristyn.wong@kleinthomaslaw.com
greg.gilmer@kleinthomaslaw.com

By: */s/ Kristyn Wong*
Kristyn Wong (CA Bar No. 346644)
Gregory Gilmer (CA Bar No. 212067)

Attorneys for
**CLAIMANT PANASONIC CORPORATION OF NORTH AMERICA**

Dated: September 19, 2025

**HAWKINS PARNELL & YOUNG, LLP**

445 South Figueroa Street, Suite 3200
Los Angeles, California 90071-1651
Telephone: (213) 486-8000
Facsimile: (213) 486-8080
efresch@hpylaw.com
eholmberg@hpylaw.com

By: */s/ Elaine Fresch*
Elaine Fresch (CA Bar No. 119809)
Eric Holmberg (CA Bar No. 277462)

Attorneys for
**CLAIMANT SAMSUNG SDI AMERICA, INC.**

Dated: September 19, 2025

**YUKEVICH CAVANAUGH**

355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071
Telephone: (213) 362-7777
Facsimile: (213) 362-7788
jyukevich@yukelaw.com
dmoore@yukelaw.com

By: */s/ David Moore*
James Yukevich (CA Bar No. 159896)
David Moore (CA Bar No. 233613)

Attorneys for
**CLAIMANT SHORE POWER INC. D/B/A BATTERY JUNCTION**

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550

Dated: September 19, 2025

**POLSINELLI LLP**

2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 556-1801
Facsimile: (310) 556-1802
dbir@polsinelli.com
mgroseclose@polsinelli.com
dmarangoni-simonsen@polsinelli.com

By: */s/ Daniel Bir*
Daniel Bir (CA Bar No. 227918)
Mathew Groseclose (CA Bar No. 264680)
Dominique Marangoni-Simonsen (CA Bar No. 340156)

Attorneys for
**CLAIMANT SONY ELECTRONICS INC.**

Dated: September 19, 2025

**Goldberg Segalla**

777 Tower
777 S. Figueroa Street, Suite 2000
Los Angeles, CA 90017
Telephone: (213) 415-7212
Facsimile: (213) 415-7299
sjonoobi@goldbergsegalla.com
adavani@goldbergsegalla.com

By: */s/ Sima Jonoobi*
Sima Jonoobi, Esq. (CA Bar No. 199976)

Attorneys for
**CLAIMANT SUREFIRE LLC**

15

NOTICE OF MOTION AND CLAIMANTS' JOINT MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT

Dated: September 19, 2025

**Goldberg Segalla**

777 Tower
777 S. Figueroa Street, Suite 2000
Los Angeles, CA 90017
Telephone: (213) 415-7212
Facsimile: (213) 415-7299
sjonoobi@goldbergsegalla.com
adavani@goldbergsegalla.com

By: */s/ Sima Jonoobi*
Sima Jonoobi, Esq. (CA Bar No. 199976)

Attorneys for
**CLAIMANT SURFIRE HOLDINGS LLC**

Dated: September 19, 2025

**SCHUMANN AREVALO LLP**

30 Corporate Park, Suite 100
Irvine, CA 92606
Telephone: (714) 850-0210
Facsimile: (714) 850-0551
reid@scarlaw.us
schumann@scarlaw.us

By: */s/ David Reid*
David Reid (CA Bar No. 195290)
Kimberly Schumann (CA Bar No. 170942)

Attorneys for
**CLAIMANT TENERGY CORPORATION**

HUSCH BLACKWELL LLP
355 S. Grand Avenue, Suite 2850
Los Angeles, California 90071
(213) 337-6550

Dated: September 19, 2025

**MANNING GROSS + MASSENBURG LLP**

100 Pringle Avenue, Suite 750
Walnut Creek, California 94596
Telephone: (925) 947-1300
Facsimile: (925) 947-1594
mglaspy@mgmlaw.com


By: */s/ Mary Kay Glaspy*
Mary Kay Glaspy (CA Bar No. 157167)

Attorneys for
**CLAIMANT ULTRALIFE CORPORATION**

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550

## Proof Of Service

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 355 S. Grand Avenue, Suite 2850, Los Angeles, California 90071.

On September 19, 2025, I served a true copy of the following document described

**NOTICE OF MOTIONAND CLAIMANTS' JOINT MOTION TO SET ASIDECLERK'S ENTRY OF DEFAULT**

on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 19, 2025, at Los Angeles, California.

/s/ Simone Stevens
SIMONE STEVENS