**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF TRUTH AQUATICS, INC., et al.<br><br>PLAINTIFF(S)/PETITIONER(S)<br>v.<br><br>DEFENDANT(S)/RESPONDENTS(S) | CASE NUMBER<br><br>CV 19-7693 PA (MRWx)<br><br>**ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL** |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

28 U.S.C. section 455.  See attached explanation

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

This self-recusal has been Ordered:
- ☐ within 120 days of the Court being assigned said case.
- ☑ after 120 days of the Court being assigned said case.

September 23, 2025
Date

_____
United States District Judge/Magistrate Judge

---

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge    Anne Hwang   . On all documents subsequently filed in this case, please substitute the initials    AH    after the case number in place of the initials of the prior judge so that the case number will read:  2:19-cv-07693 AH (MRWx)  .

This is very important because documents are routed to the assigned judge by means of the initials.

cc:  ☐ *Previous Judge*    ☐ *Statistics Clerk*

Pursuant to a stipulation of the original parties and claimants, who had elected to litigate in state court, this action has been stayed since January 2021. In January 2024, in the state court actions, those representing the interests of those who perished in the incident, filed 59 Doe Amendments identifying 59 additional defendants in the related state court actions. A 4th Amended Master Complaint was filed in the state court actions in October 2024 and some of the recently named defendants filed demurrers, which the state court overruled in May 2025. On September 19, 2025, many of those new defendants, who had never been parties in this federal admiralty action, filed a Motion to Set Aside Default in the federal case. One of those new defendants is represented by a law firm at which Judge Anderson was a partner before his appointment to the bench. Judge Anderson had no basis or knowledge of grounds for recusal until the September 19, 2025, when the Motion to Set Aside Default was filed and his former law firm first made an appearance in the stayed federal action.