BRADFORD J. DEJARDIN (Bar No. 195764)
brad.dejardin@huschblackwell.com
PATRICIA BALL ALBERTS (Bar No. 229333)
patricia.alberts@huschblackwell.com
PAUL A. CALFO (Bar No. 336916)
paul.calfo@huschblackwell.com
HUSCH BLACKWELL LLP
355 South Grand Avenue, Suite 2850
Los Angeles, California 90071
Telephone: 213.337.6550
Facsimile: 213.337.6551

CYNTHIA M. JUEDEMANN (*Pro Hac Vice Pending*) (MO Bar No. 63921)
cynthia.juedemann@huschblackwell.com
HUSCH BLACKWELL LLP
8001 Forsyth Boulevard, Suite 1500
St. Louis, Missouri 63105
Telephone: 314.480.1500
Facsimile: 314.480.1505

Attorneys for Claimant
OLYMPUS CORPORATION OF THE AMERICAS

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

## IN ADMIRALTY

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF TRUTH AQUATICS, INC. and GLEN RICHARD FRITZLER and DANA JEANNE FRITZLER, individually and as Trustees of the FRITZLER FAMILY TRUST DTD 7/27/92 as owners and/or owners pro hac vice of the dive vessel *CONCEPTION*, OFFICIAL NUMBER 638133, FOR EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Petitioners.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.: 2:19-CV-07693-FLA (MRWx)<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>Related Cases:<br>2:21-cv-07065-PA-MRW<br>2:22-cv-00202-PA-MRW<br>2:23-cv-00985-PA-MRW<br><br>**MOVING CLAIMANTS' SUPPLEMENT TO JOINT SEMI-ANNUAL STATUS REPORT**<br><br>Action Filed:    September 5, 2019<br>Trial Date:      TBA |

1

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550

**<u>MOVING CLAIMANTS'</u>**

**<u>SUPPLEMENT TO JOINT SEMI-ANNUAL STATUS REPORT</u>**

Claimants OLYMPUS CORPORATION OF THE AMERICAS; AMAZON.COM, INC.; APPLE INC.; BATTERIES PLUS LLC; BATTERY STORE, INC.; BLUE NOOK CORP. d/b/a WASABI POWER; CANON U.S.A., INC.; DANTONA INDUSTRIES, INC., erroneously sued in the State Court Action as DANTONA BATTERIES, INC. and erroneously sued in the State Court Action as ULTRALAST BATTERIES; DURACELL US OPERATIONS, INC.; DURACELL INDUSTRIAL OPERATIONS, INC.; THE DURACELL COMPANY; DUSLAN TECHNOLOGY, INC. d/b/a ONLYBATTERIES.COM; EBAY INC.; ENERGIZER HOLDINGS, INC.; GO PRO, INC.; MURATA ELECTRONICS NORTH AMERICA, INC.; PAWW, LLC; PANASONIC CORPORATION OF NORTH AMERICA; SAMSUNG SDI AMERICA, INC.; SHORE POWER INC. d/b/a BATTERY JUNCTION; SONY ELECTRONICS INC.; SUREFIRE LLC; SUREFIRE HOLDINGS LLC; TENERGY CORPORATION;  and ULTRALIFE CORPORATION (collectively, "Moving Claimants") filed their Joint Motion to Set Aside the Clerk's Entry of Default on September 19, 2025 (the "Joint Motion") (ECF No. 203).

Moving Claimants now respectfully submit this Supplement to the Joint Semi-Annual Status Report filed by Petitioners and Counter-Claimants on February 2, 2026 (the "Status Report") (ECF No. 239). Moving Claimants were not consulted regarding that filing and did not have an opportunity to participate in the Status Report or the framing of its contents. (*See* signature blocks noted in ECF No. 239, at 6:18-10:15.) Moving Claimants submit this short supplement for the benefit of the Court to clarify certain statements in the Status Report as they relate to the Joint Motion.

<u>First</u>, Petitioners and Counter-Claimants state in the Status Report that on September 19, 2025, "Claimant Olympus Corporation of the Americas filed a Joint

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550

Notice of Motion and Motion to Set Aside Default Re: Clerks Entry of Default (the 'Joint Motion')." (ECF No. 239, at 5). While that statement is facially correct, Moving Claimants note that, although Claimant Olympus Corporation of the Americas ("OCA") completed the filing on behalf of Moving Claimants, all 26 Moving Claimants – representing all but one of the served Doe Defendants that have appeared in the State Court Action to date (*see* ECF No. 203-1, at 1, fn.2; ECF No. 203-2, ¶¶ 6-9) – jointly filed that motion, consistent with this Court's direction. (*See* ECF No. 199, at 4).

Second, though Petitioners and Counter-Claimants make two passing references to the discovery stay in the State Court Action (ECF No. 239, at 5-6), which has been in place since March 18, 2024, shortly after the Doe Defendants were first named in that action, Moving Claimants would emphasize that the discovery stay remains in place. As at the time of their Joint Motion in September 2025, the discovery stay has not been lifted, except to permit limited discovery related to (1) the service of a single third-party subpoena and (2) the summary judgment motion of a non-Doe Defendant (one of the original defendants to the State Court Action). (*See* ECF No. 203-1, at 9).

Third, Moving Claimants would supplement the Status Report by adding that, though it has been nearly five months since they filed their Joint Motion, Moving Claimants are not aware of service on any of the 25 foreign Doe Defendants named in the State Court Action. The State Court Action is not likely to advance so long as Counter-Claimants continue to delay in effecting service on 25 defendants first named in the action more than two years ago, in or around February 2024.[1]

---

[1] This Court specifically ordered Counter-Claimants "to provide a copy of this Order [denying without prejudice Claimant Murata Electronics North America, Inc.'s prior motion to set aside the clerk's entry of default] to all defendants they have *named* in the state court action by no later than July 7, 2025. Counter-Claimants shall also notify the defendants *named* in the state court action that this Court has set a deadline of

*{footnote continued}*

3

Moving Claimants' position today remains that good cause exists to set aside the default, and that there have been no substantive developments in the State Court Action that alter their position that neither Petitioners nor Counter-Claimants will suffer prejudice if the default is set aside. (*See, e.g.*, ECF No. 302, at 2:15-3:4:7; *id.*, at 9:13-11:15).

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550

---

October 20, 2025, for hearing any Motions for Relief from the Default entered on August 5, 2020." ECF No. 199, at 4 (emphasis added). Despite that unambiguous order, Counter-Claimants provided notice only to those Doe Defendants they had *served* in the State Court Action (*see* ECF No. 200), and not all Doe Defendants they had *named* (*i.e.*, the 25 unserved foreign Doe Defendants). As set forth in the Joint Motion, those unserved foreign Doe Defendants have not been provided notice of this proceeding or an opportunity to be heard.

Dated:  February 23, 2026

**HUSCH BLACKWELL LLP**

355 S. Grand Avenue. Suite 2850
Los Angeles, California 90071
Telephone: 213.337.6550
Facsimile: 213.337.6551
brad.dejardin@huschblackwell.com
patricia.alberts@huschblackwell.com
paul.calfo@huschblackwell.com

By: _____
     Paul A. Calfo (CA Bar No. 336916)
     Bradford J. DeJardin (CA Bar No. 195764)
     Patricia B. Alberts (CA Bar No. 229333)

Attorneys for
**CLAIMANT OLYMPUS
CORPORATION OF THE AMERICAS**

Dated:  February 23, 2026

**MORRISON & FOERSTER LLP**

12531 High Bluff Drive
San Diego, CA 92130-2040
Telephone: (858) 720-5100
Fax: (858) 720-5125
RHartman@mofo.com
KCole@mofo.com

By: */s/ Ray Hartman* _____

     M Ray Hartman III (CA Bar No. 211205)
     Kyle Cole (CA Bar No. 319102)

Attorneys for
**CLAIMANT AMAZON.COM, INC.**

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550

5



Dated:  February 23, 2026

**GIBSON, DUNN, & CRUTCHER LLP**

333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
cchorba@gibsondunn.com
wsze@gibsondunn.com
asadra@gibsondunn.com

**ARENT FOX SCHIFF LLP**

555 West Fifth Street, 48th Floor
Los Angeles, California 90013
Telephone:  213.629.7400
Facsimile: 213.629.7401
jeffrey.skinner@afslaw.com

By: */s/ Christopher Chorba*

Christopher Chorba (CA Bar No. 216692)
Wesley Sze (CA Bar No. 306715)
Amanda Sadra (CA Bar No. 335611)
Jeffrey Skinner (CA Bar No. 239214)

Attorneys for
**CLAIMANT APPLE INC.**

Dated:  February 23, 2026

**MURPHY SANCHEZ PLLC**

4040 Civic Center Drive, Suite 200
San Rafael, California 94903
Telephone:  (628) 386-1805
Facsimile:  (215) 799-9349
jsanchez@murphysanchez.com

By: */s/ Jennifer Sanchez*

Jennifer Sanchez (CA Bar No. 191548)

Attorneys for
**CLAIMANT BATTERIES PLUS LLC**

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550

6

MOVING CLAIMANTS' SUPPLEMENT TO JOINT SEMI-ANNUAL STATUS REPORT

Dated:  February 23, 2026

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101
gary.pancer@wilsonelser.com
adam.wayne@wilsonelser.com

By: */s/ Gary Pancer*
Gary Pancer (CA Bar No. 160223)
Adam Wayne (CA Bar No. 332534)

Attorneys for
**CLAIMANT BATTERY STORE, INC.**

Dated:  February 23, 2026

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

555 S. Flower Street, Suite 2900
Los Angeles, CA 90071-2407
Telephone: (213) 443-5100
Facsimile: (213) 443-5101
gregory.lee@wilsonelser.com
danielle.rivera@wilsonelser.com

By: */s/ Gregory Lee*
Gregory K. Lee (CA Bar No. 220354)
Danielle C. Rivera (CA Bar No. 341009)

Attorneys for
**CLAIMANT BLUE NOOK CORP. D/B/A WASABI POWER**

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550

7

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550

Dated:  February 23, 2026

**BOWMAN AND BROOKE LLP**

600 Anton Blvd., Suite 650
Costa Mesa, California 92626
Telephone: (310) 380-6500
Facsimile: (310) 525-6600
prentice.schanz@bowmanandbrooke.com
carissa.casolari@bowmanandbrooke.com

By: */s/ C. Prentice Schanz*
    C. Prentice Schanz (CA Bar No. 319169)
    Carissa Casolari (CA Bar No. 292878)

Attorneys for
**CLAIMANT CANON U.S.A., INC.**

Dated:  February 23, 2026

**MURPHY, PEARSON, BRADLEY & FEENEY**

500 Capitol Mall, Suite 1080
Sacramento, California 95814
Telephone: (916) 565-0300
Facsimile:  (916) 565-1636
hbroomand@mpbf.com
ajoea@mbpf.com

By: */s/ I. Hooshie Broomand*
    I. Hooshie Broomand (CA Bar No. 210206)
    Aman Joea (CA Bar No. 336300)

Attorneys for
**CLAIMANT DANTONA INDUSTRIES, INC., ERRONEOUSLY SUED IN THE STATE COURT ACTION AS DANTONA BATTERIES, INC. AND ERRONEOUSLY SUED IN THE STATE COURT ACTION AS ULTRALAST BATTERIES**

8

Dated:  February 23, 2026

**THE SAFARIAN FIRM, APC**

3150 Montrose Avenue
Glendale, California 91214
Telephone: (818) 334-8528
Facsimile: (818) 334-8107
hs@safarianfirm.com
ck@safarianfirm.com
ap@safarianfirm.com

By: */s/ Harry A. Safarian*
Harry Safarian (CA Bar No. 204106)
Christina S. Karayan (CA Bar No. 225780)
Annie Pogosyan (CA Bar No. 364002)

Attorneys for
**CLAIMANT DURACELL U.S.
OPERATIONS, INC.**

Dated:  February 23, 2026

**THE SAFARIAN FIRM, APC**

3150 Montrose Avenue
Glendale, California 91214
Telephone: (818) 334-8528
Facsimile: (818) 334-8107
hs@safarianfirm.com
ck@safarianfirm.com
ap@safarianfirm.com

By: */s/ Harry A. Safarian*
Harry Safarian (CA Bar No. 204106)
Christina S. Karayan (CA Bar No. 225780)
Annie Pogosyan (CA Bar No. 364002)

Attorneys for
**CLAIMANT DURACELL INDUSTRIAL
OPERATIONS, INC.**

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550

9

Dated: February 23, 2026

**THE SAFARIAN FIRM, APC**

3150 Montrose Avenue
Glendale, California 91214
Telephone: (818) 334-8528
Facsimile: (818) 334-8107
Hdp@safarianfirm.com
Hs@safarianfirm.com

By: */s/ Harry A. Safarian*
Harry Safarian (CA Bar No. 204106)
Christina S. Karayan (CA Bar No. 225780)
Annie Pogosyan (CA Bar No. 364002)

Attorneys for
**CLAIMANT THE DURACELL COMPANY**

Dated: February 23, 2026

**LITCHFIELD CAVO**

385 E. Colorado Blvd, Suite 250
Pasadena, CA 91101
Telephone: (949) 441-3344
Facsimile:  (949) 818-7474
tickner@litchfieldcavo.com

By: */s/ Kere Tickner*
Kere Tickner (CA Bar No. 174777)

Attorneys for
**CLAIMANT DUSLAN TECHNOLOGY D/B/A ONLYBATTERIES.COM**

MOVING CLAIMANTS' SUPPLEMENT TO JOINT SEMI-ANNUAL STATUS REPORT

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550



HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550

Dated:  February 23, 2026

**GREENBERG TRAURIG, LLP**

1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone:  (310) 586-7700
Facsimile:  (310) 586-7800
bisharal@gtlaw.com
ballon@gtlaw.com
changl@gtlaw.com

By: */s/ Layal Bishara*
Layal Bishara (CA Bar No. 329154)
Ian C. Ballon (CA Bar No. 141819)
Lori Chang (CA Bar No. 228142)

Attorneys for
**CLAIMANT EBAY INC.**

Dated:  February 23, 2026

**BRYAN CAVE LEIGHTON PAISNER LLP**

1920 Main Street, Suite 1000
Irvine, California 92614-7276
Telephone: (949) 223-7000
Facsimile:  (949) 223-7100
aileen.hunter@bclplaw.com
jasdeep.atwal@bclplaw.com

By: */s/ Aileen Hunter*
Aileen Hunter (CA Bar No. 253162)
Jasdeep Atwal (CA Bar No. 318309)

Attorneys for
**CLAIMANT ENERGIZER HOLDINGS, INC.**

11

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550

Dated:  February 23, 2026

**EVERETT DOREY LLP**

2030 Main Street, Suite 1200
Irvine, California 92614
Telephone:  (949) 771-9233
Facsimile:  (949) 377-3110
tphernandez@everettdorey.com
severett@everettdorey.com
sdorey@everettdorey.com
sjamneshan@everettdorey.com

By: */s/ Shirley Jamneshan*
    Shirley Jamneshan (CA Bar No. 218296)
    Tiffany-Paige Hernandez (CA Bar No. 352156)
    Seymour Everett III (CA Bar No. 223441)
    Samantha Dorey (CA Bar No. 281006)
    Shirley Jamneshan (CA Bar No. 218296)

    Attorneys for
    **CLAIMANT GO PRO, INC.**

Dated:  February 23, 2026

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101
otis.felder@wilsonelser.com

By: */s/ Otis Felder*
    B. Otis Felder (CA Bar No. 177628)
    *CSB Certified Admiralty & Maritime Law Specialist*

    Attorneys for
    **CLAIMANT MURATA ELECTRONICS NORTH AMERICA, INC.**

12

Dated: February 23, 2026

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101
valeria.granata@wilsonelser.com

By: */s/ Valeria Granata*
     Valeria Granata (CA Bar No. 305905)

Attorneys for
**CLAIMANT PAWW, LLC**

Dated: February 23, 2026

**KLEIN THOMAS LEE & FRESARD**

1920 Main Street, Suite 230
Irvine, California 92614
Telephone: (949) 676-4570
kristyn.wong@kleinthomaslaw.com
greg.gilmer@kleinthomaslaw.com

By: */s/ Kristyn Wong*
     Kristyn Wong (CA Bar No. 346644)
     Gregory Gilmer (CA Bar No. 212067)

Attorneys for
**CLAIMANT PANASONIC CORPORATION OF NORTH AMERICA**

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550

13

MOVING CLAIMANTS' SUPPLEMENT TO JOINT SEMI-ANNUAL STATUS REPORT

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550

Dated:  February 23, 2026

**HAWKINS PARNELL & YOUNG, LLP**

445 South Figueroa Street, Suite 3200
Los Angeles, California 90071-1651
Telephone: (213) 486-8000
Facsimile:  (213) 486-8080
efresch@hpylaw.com
eholmberg@hpylaw.com

By: */s/ Elaine Fresch*
_____
    Elaine Fresch (CA Bar No. 119809)
    Eric Holmberg (CA Bar No. 277462)

    Attorneys for
    **CLAIMANT SAMSUNG SDI AMERICA, INC.**

Dated:  February 23, 2026

**YUKEVICH CAVANAUGH**

355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071
Telephone:  (213) 362-7777
Facsimile:  (213) 362-7788
jyukevich@yukelaw.com
dmoore@yukelaw.com

By: */s/ David V. Moore*
_____
    David V. Moore (CA Bar No. 233613)
    James Yukevich (CA Bar No. 159896)

    Attorneys for
    **CLAIMANT SHORE POWER INC. D/B/A BATTERY JUNCTION**

14



Dated:  February 23, 2026

**POLSINELLI LLP**

2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 556-1801
Facsimile: (310) 556-1802
dbir@polsinelli.com
mgroseclose@polsinelli.com
dmarangoni-simonsen@polsinelli.com


By: */s/ Daniel Bir*
    Daniel Bir (CA Bar No. 227918)
    Mathew Groseclose (CA Bar No. 264680)
    Dominique Marangoni-Simonsen
    (CA Bar No. 340156)

    Attorneys for
**CLAIMANT SONY ELECTRONICS INC.**


Dated:  February 23, 2026

**MUSICK PEELER & GARRETT LLP**

333 S. Hope Street, Suite 2900
Los Angeles, CA 90017
Telephone:  (213) 629-7797
Facsimile:  (213) 415-7299
J.Engel@musickpeeler.com


By: */s/ Joshua Engel*
    Joshua Engel, Esq. (CA Bar No. 304945)
    [Notice of Interested Party forthcoming]

    Attorneys for
**CLAIMANT SUREFIRE, LLC**

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550

15

Dated:  February 23, 2026

**MUSICK PEELER & GARRETT LLP**

333 S. Hope Street, Suite 2900
Los Angeles, CA 90017
Telephone:  (213) 629-7797
Facsimile:  (213) 415-7299
J.Engel@musickpeeler.com

By: */s/ Joshua Engel*
      Joshua Engel, Esq. (CA Bar No.304945)
      [Notice of Interested Party forthcoming]

Attorneys for
**CLAIMANT SUREFIRE HOLDINGS, LLC**

Dated:  February 23, 2026

**SCHUMANN AREVALO LLP**

30 Corporate Park, Suite 100
Irvine, CA 92606
Telephone: (714) 850-0210
Facsimile: (714) 850-0551
reid@scarlaw.us
schumann@scarlaw.us

By: */s/ David Reid*
      David Reid (CA Bar No. 195290)
      Kimberly Schumann (CA Bar No. 170942)

Attorneys for
**CLAIMANT TENERGY CORPORATION**

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550

16

Dated:  February 23, 2026

**MANNING GROSS + MASSENBURG LLP**

100 Pringle Avenue, Suite 750
Walnut Creek, California 94596
Telephone: (925) 947-1300
Facsimile:  (925) 947-1594
mglaspy@mgmlaw.com

By: */s/ Mary Kay Glaspy*
Mary Kay Glaspy (CA Bar No. 157167)

Attorneys for
**CLAIMANT ULTRALIFE CORPORATION**

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550

17

## **FILER'S ATTESTATION**

The filing attorney attests that the filing attorney has obtained permission regarding the filing of this document from the signatories of this document. All parties have authorized the filing attorney to affix their electronic signatures to this document.

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550

18

MOVING CLAIMANTS' SUPPLEMENT TO JOINT SEMI-ANNUAL STATUS REPORT

Dated:  February 23, 2026

**HUSCH BLACKWELL LLP**

355 S. Grand Avenue. Suite 2850
Los Angeles, California 90071
Telephone: 213.337.6550
Facsimile: 213.337.6551
brad.dejardin@huschblackwell.com
patricia.alberts@huschblackwell.com
paul.calfo@huschblackwell.com

By: _____
Paul A. Calfo (CA Bar No. 336916)
Bradford J. DeJardin (CA Bar No. 195764)
Patricia B. Alberts (CA Bar No. 229333)

Attorneys for
**CLAIMANT OLYMPUS
CORPORATION OF THE AMERICAS**

MOVING CLAIMANTS' SUPPLEMENT TO JOINT SEMI-ANNUAL STATUS REPORT

**Proof Of Service**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Suite 2850, Los Angeles, California 90071.

On February 23, 2026, I served a true copy of the following described document:

**MOVING CLAIMANTS' SUPPLEMENT TO JOINT SEMI-ANNUAL STATUS REPORT**

on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 23, 2026, at Los Angeles, California.

/s/ Simone Stevens
SIMONE STEVENS

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CALIFORNIA 90071
(213) 337-6550

20

MOVING CLAIMANTS' SUPPLEMENT TO JOINT SEMI-ANNUAL STATUS REPORT