Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
Hilary Potashner (SBN 167060)
*hpotashner@larsonllp.com*
A. Alexander Lowder (SBN 269362)
*alowder@larsonllp.com*
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Telephone:(213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Petitioners Truth Aquatics, Inc., Glen Richard Fritzler, and Dana Jeanne Fritzler, individually and as Trustees of the Fritzler Family Trust DTD 7/27/92

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF TRUTH AQUATICS, INC. and GLEN RICHARD FRITZLER, and DANA JEANNE FRITZLER, individually and as Trustees of the FRITZLER FAMILY TRUST DTD 7/27/92 as owners and/or owners pro hac vice of the dive vessel CONCEPTION, OFFICIAL NUMBER 638133, FOR EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Petitioners. | Case No. 2:19-CV-07693 FLA (MRW)<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>**JOINT SEMI-ANNUAL STATUS REPORT** |

## SEMI-ANNUAL STATUS REPORT

This litigation arises from the September 2, 2019, fire aboard the *Conception*. Petitioners Truth Aquatics, Inc., Glen Richard Fritzler, and Dana Jeanne Fritzler (collectively, "Petitioners") filed this action, seeking relief under the Vessel Owners Limitation of Liability Act, 46 U.S.C. §§ 30501–11. Claimants represent the 33 passengers and crewmember who died aboard the vessel, a surviving crewmember who sustained personal injuries, and a company that chartered the vessel (collectively, "Claimants").

After Claimants answered Petitioners' pleadings and the parties exchanged initial disclosures, the parties reached a stipulation that stayed the instant action and permitted Claimants to file state court actions under the "savings to suitors" clause of the Federal Judiciary Act of 1789, 28 U.S.C. § 1333(1). (See ECF No. 179.). (*See* ECF No. 179.) Upon granting the stipulation, the Court ordered semi-annual status reports to be filed, beginning on August 1, 2021. (*See id.* ¶ 5.) The Parties have since filed timely semi-annual status reports.

### 1. ACTION PENDING IN STATE COURT

On March 1, 2021, Claimants filed their complaints in the Superior Court of California, County of Los Angeles (the "Superior Court"), asserting claims against Petitioners and other defendants. On March 11, 2021, the Superior Court designated a lead case, *Fiedler, et al. v. Truth Aquatics, et al.*, Case No. 21STCV08121. Since then, eleven other complaints have been deemed related to the *Fiedler* case, and all related cases have been assigned to the Honorable Carolyn B. Kuhl in Department 12 of the Complex Division.

On August 31, 2022, Plaintiffs in the *Fiedler* case filed a Second Amended Master Complaint. On September 1, 2022, Plaintiffs in the related cases filed Notices of Adoption of the Second Amended Master Complaint and Short Form Complaints. On September 29, 2022, Defendants Truth Aquatics, Inc. and Glen Richard Fritzler and Dana Jeanne Fritzler, individually and as trustees of the Fritzler Family Trust

DTD 7/27/92 filed Answers to the Second Amended Master Complaint and to the Short Form Complaints. On September 2, 2022, the Court accepted the Cross-Complaint filed by Defendants Truth Aquatics, Inc. and Glen Richard Fritzler and Dana Jeanne Fritzler, individually and as trustees of the Fritzler Family Trust DTD 7/27/92.

On December 22, 2022, Defendant Daniel W. Bader, D.B.A. Sea Landing Dive Center, filed a motion for summary judgment on the Second Amended Master Complaint and on all of the related Amended Short Form Complaints. The motion was heard on May 18, 2023, and after taking it under submission, the Court denied the motion on June 12, 2023.

On January 31, 2024, Plaintiffs in the *Fiedler* and related cases filed 59 Doe Amendments to the Complaint, identifying 59 additional defendants. These defendants are believed to have manufactured and/or sold the batteries that were on the Conception on the night of the fire.

On May 20, 2024, Plaintiffs in the *Fiedler* case filed a Third Amended Master Complaint.

On September 10, 2024, the twentieth status conference was held in *Fiedler* and the related cases. During this status conference, the Court made various rulings, including granting the Motion to Quash filed by Murata Manufacturing Co. on the grounds that this defendant had not yet been properly served pursuant to the Hague Convention, and continuing the hearing on the Motions to Quash filed by LG Energy Solution of Michigan, Inc. and EVE Energy North America Corporation. The Court also ordered Plaintiffs to file their Fourth Amended Master Complaint by October 1, 2024, and addressed the scheduling of the anticipated pleading challenges to this amended complaint.

On October 1, 2024, Plaintiffs filed a Fourth Amended Master Complaint, which was corrected on November 5, 2024. Thereafter, various Defendants filed Demurrers and a Motion to Strike the Fourth Amended Master Complaint. The

hearing on these Demurrers and a Motion to Strike as well as a further status conference were initially scheduled for March 17, 2025. However, due to calendar congestion, the Court only heard (1) Eve's Motion to Quash for Lack of Personal Jurisdiction, and (2) Amazon's Demurrer on Statute of Limitations Grounds. On March 18, 2025, the Court issued a ruling and overruled Amazon's Demurrer on Statute of Limitations Grounds.

On April 22, 2025, the Court heard the remaining demurrers and motion to strike. The Court made various rulings, including overruling the demurrers, granting the motion to strike, and entering an order granting Eve's Motion to Quash for Lack of Personal Jurisdiction. Having addressed the pleading challenges, the Court ordered responsive pleadings to the Fourth Amended Master Complaint be filed by June 6, 2025, and that the discovery stay remain in place. On May 29, 2025, the Court scheduled a further status conference for August 20, 2025.

On August 20, 2025, the Court in the *Fiedler* case conducted a status conference wherein the Court ordered Liaison Counsel for the various Parties to meet and confer by September 18, 2025, to negotiate and agree upon protocols for inspection of the electronic equipment and other items in the possession of the U.S. Department of Justice ("DOJ").

On December 18, 2025, the Court in the *Fiedler* case conducted a status conference wherein the Court ordered the Parties to continue to work collaboratively with respect to issues relating to inspections of the Conception wreckage, equipment and/or other items recovered from the vessel that are within the possession of DOJ and ordered that the CT scanning and inspections begin by February 23, 2026, but when difficulties developed over the delivery of one of the scanners, the parties requested leave to begin those inspections in April. The visual inspection of those artifacts commenced on April 13, 2026, and continued through April 24, 2026. CT scanning of those artifacts commenced on April 20, 2026, and is now complete. Those visual and CT scanning inspections covered only that subset of evidence which was readily

available from the DOJ and FBI and amenable to scanning and did not encompass the full body of evidence at issue in this matter.

Since the submission of the last status report, Plaintiffs have deposed Alfred Langkilde and Truth Aquatics, Inc.'s person most knowledgeable in connection with the Motion for Summary Judgment filed by Langkilde's Fire Protection, Inc. Plaintiffs have also served and/or will be serving subpoenas to various governmental entities.

A number of foreign Doe Defendants have filed motions to quash, one of which was heard on July 23, 2026 and the remainder of which will be heard on September 17, 2026 and October 27, 2026.

On July 23, 2026, the Court held a status conference and heard LG Energy Solution Ltd.'s motion to quash. During the status conference, the Court inquired as to the next steps for the case in light of the completion of the CT scanning, and set a further status conference as well as trial setting conference for September 17, 2026. The Doe Defendants also informed the Court that the federal government has advised them that any inspection of the Conception wreckage must occur immediately, as otherwise, the evidence may no longer be preserved.

**2. FEDERAL CASE AGAINST THE UNITED STATES COAST GUARD**

Claimants have also filed an action against the U.S. Coast Guard in federal court. Specifically, Claimants filed an action against the U.S. Coast Guard under the Suits in Admiralty Act ("SIAA"), entitled *Nancy Fiedler, et al. v. United States of America*, Case No. 2:21-CV-07065 PA (MRWx). On October 15, 2022, this Court granted the United States leave to file a motion for summary judgment on or before April 24, 2023. On January 4, 2024, this Court granted the United States and Claimants' joint motion for an order continuing the filing date on the United States' Motion for Summary Judgment, which extended the filing date to May 15, 2024. On May 15, 2024, the United States filed a Motion to Dismiss for Lack of Jurisdiction.

Thereafter, the United States and Claimants filed a joint motion to continue the hearing on the United States' Motion to Dismiss for Lack of Jurisdiction, which the Court granted in part and denied in part. On August 1, 2024, Judge Percy Anderson granted the United States' Motion to Dismiss and entered a judgment, dismissing the action for lack of subject matter jurisdiction. On August 14, 2024, Claimants filed a notice of appeal of this judgment. On January 21, 2025, Claimants filed their opening brief on appeal to the United States Court of Appeals for the Ninth Circuit. On March 23, 2025, the United States filed their answering brief on appeal. On July 28, 2025, Claimants filed their reply brief on appeal. On January 30, 2026, the United States Court of Appeals for the Ninth Circuit affirmed the district court's dismissal.

On April 15, 2026, Plaintiffs filed their Petition for Rehearing En Banc (the "Petition") in the U.S. Court of Appeals for the Ninth Circuit. Thereafter, two amicus briefs in support of the Petition as well as a response by the defendant were filed. On July 20, 2026, the Ninth Circuit denied the Petition. Plaintiffs have until October 19, 2026, to file a petition for a writ of certiorari with the Supreme Court of the United States.

**3. INSTANT LOLA ACTION**

On May 23, 2025, in the instant LOLA action, Murata Electronics North America, Inc. ("MENA") filed a Motion to Set Aside Clerk's Entry of Default. On June 17, 2025, the Court denied the motion without prejudice. The Court also set a deadline of October 20, 2025, for hearing any Motions for Relief from the Default entered on August 5, 2020. After Petitioners, Claimants, and MENA met and conferred regarding possibly entering into a stipulation to resolve the issues raised by MENA's motion, the parties were unable to reach an agreement. On September 19, 2025, Claimants Olympus Corporation of the Americas; Amazon.com, Inc.; Apple Inc.; Batteries Plus LLC; Battery Store, Inc.; Blue Nook Corp. d/b/a Wasabi Power; Canon U.S.A., Inc.; Dantona Industries, Inc. erroneously sued in the State Court Action as Dantona Batteries, Inc. and erroneously sued in the State Court Action as

Ultralast Batteries; Duracell US Operations, Inc.; Duracell Industrial Operations, Inc.; The Duracell Company; Duslan Technology, Inc. d/b/a Onlybaterries.com; eBay Inc.; Energizer Holdings, Inc.; Go Pro, Inc.; Murata Electronics North America, Inc.; PAWW, LLC; Panasonic Corporation of North America; Samsung SDI America, Inc.; Shore Power Inc. d/b/a Battery Junction; Sony Electronics Inc.; Surefire LLC; Surefire Holdings LLC; Tenergy Corporation; and Ultralife Corporation (collectively, "Moving Claimants") filed their Joint Motion to Set Aside the Clerk's Entry of Default on September 19, 2025 (the "Joint Motion") (ECF No. 203). On October 1, 2025, Counter Claimant filed a Memorandum in Opposition to the Joint Motion. (ECF No. 210.) That same day, Respondents Dana Jeanne Fritzler, Glen Richard Fritzler, and Truth Aquatics, Inc. filed a Notice of Joinder in Respondents' and Counterclaimants' Response to the Joint Motion. (ECF No. 211.) On October 2, 2025, Counter Claimant filed an E-Mended Memorandum in Opposition to the Joint Motion. (ECF No. 215.) That same day, Respondents filed a Notice of Joinder in Respondents and Counterclaimants' E-Mended Response to the Joint Motion.

The Joint Motion was originally set for hearing on October 24, 2025, but the Court took the Motion under submission for decision without oral argument on October 22, 2025. (ECF No. 236).[1] The Moving Claimants continue to await the Court's ruling on the Joint Motion.

In compliance with this Court's Order, the Parties intend to file their next joint status report on or before February 1, 2027.

[1] While the Joint Motion was pending, the matter was reassigned first from Judge Percy Anderson to Judge Anne Hwang (ECF No. 205) and then from Judge Hwang to Judge Fernando Aenlle-Rocha (ECF No. 208).

Dated: August 3, 2026

LARSON LLP

By: */s/ Hilary Potashner*[2]
Stephen G. Larson
Hilary Potashner
A. Alexander Lowder

Attorneys for Petitioners TRUTH AQUATICS, INC., GLEN RICHARD FRITZLER, AND DANA JEANNE FRITZLER, INDIVIDUALLY AND AS TRUSTEES OF THE FRITZLER FAMILY TRUST DTD 7/27/92

Dated: August 3, 2026

SALTZ MONGELUZZI BARRETT AND BENDESKY PC

By: */s/ Douglas DiSandro, Jr.*
Jeffrey P. Goodman
Douglas DiSandro, Jr.

Attorneys for Defendants and Counter Claimants SHRUTI DEOPURAJI, ROBERT KURTZ, GREGORY KRASHENNY, SEEMA SHARMA, CHERIE MCDONOUGH, ESTATE OF PATRICIA ANN BEITZINGER, ESTATE OF DANIEL GARCIA, HENRY GARCIA, MARGARET STROM, ESTATE OF NEAL G. BALTZ, ERIC BALTZ, ESTATE OF TED STEPHEN STROM, ATLEE FRITZ, AND ESTATE OF KAUSTUBH NIRMAL

---

[2] Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that the attorneys for those certain Claimants and Moving Claimants whose electronic signatures have been included concur in this filing's content and have authorized its filing. As of the time of this filing, the attorneys for the remaining Claimants and Moving Claimants have not responded, and thus, the signature blocks for those attorneys have been left blank.

Dated: August 3, 2026

McGUINN, HILLSMAN & PALEFSKY

By: */s/ John R. Hillsman*
John R. Hillsman

Attorneys for Defendants and Counter Claimants CHRISTINE DIGNAM, JASMINE LORD, VICTORIA MOORE, YUKA HATASHI MERRITT. and SUNITA KAUR SANDHU

Dated: August 3, 2026

WALKUP MELODIA KELLY AND SCHOENBERGER

By: ______________________
Matthew D. Davis

Attorneys for Defendants and Counter Claimants MATTHEW GUINEY, KATIE OSBORNE, OLGA FAYNSHTEYN, SARMA WILLIAMS, AND NANCY FIEDLER

Dated: August 3, 2026

LAW OFFICE OF W. RUSSELL FIELDS

By: */s/ A. Edward Fields*
W. Russell Fields
A. Edward Fields

Attorneys for Defendants and Counter Claimants DOMINIC MICHAEL SELGA, THE ESTATE OF FERNISA JUNE SISON, AND NISA SHINAGAWA

Dated: August 3, 2026

GALINE FRYE FITTING AND FRANGOS

By: ______________________
Ilya D. Frangos

Attorneys for Defendants and Counter Claimants RICHARD X. LIU

Dated: August 3, 2026

NELSON AND FRAENKEL LLP

By: */s/ Gretchen M. Nelson*
Gretchen M. Nelson

Attorneys for Defendants and Counter Claimants CHENG LENG TAN, ESTATE OF WEI TAN, SEJAY TAN, YADIRA ALVAREZ, CHIK PING YAP, ESTATE OF BERENICE FELIPE, C. A. (a minor), NINA HUTTEGGER, JULIA AHOPELTO, ESTATE OF CAROL DIANA ADAMIC, JAMES E. ADAMIC, JEAN ANNE ALLEN, SHIRLEY SALIKA, and Estate of STEVEN JOHN SALIKA

Dated: August 3, 2026

ARNOLD AND ITKIN LLP

By: */s/ Cory Itkin*
Roland T. Christensen
Cory Itkin

Attorneys for Defendants and Counter Claimants RYAN SIMS

Dated: August 3, 2026

FIORE ACHERMANN ALC

By: ______________________
Jennifer L. Fiore

Attorneys for Defendants and Counter Claimants ARIEL TAKVAM, KENNETH TAKVAM, MARY R. TAKVAM, MARK ADAMIC, AND ANGELIKA ADAMIC

Dated: August 3, 2026

SCHEURING ZIMMERMAN AND DOYLE LLP

By: ______________________
Theodore D. Poppinga

Attorneys for Defendants and Counter Claimants SUSANA SOLANO ROSAS

Dated: August 3, 2026

ABBOTT AND ABBOTT LAW

By: */s/ Todd M. Abbott*
Todd M. Abbott

Attorneys for Defendants and Counter Claimants DANIEL POH-HOCK CHUA and WORLDWIDE DIVING ADVENTURES. LLC

Dated: August 3, 2026

HUSCH BLACKWELL LLP

By: */s/ Paul A. Calfo*
Paul A. Calfo
Bradford J. DeJardin
Patricia B. Alberts

Attorneys for CLAIMANT OLYMPUS CORPORATION OF THE AMERICAS

Dated: August 3, 2026

MORRISON & FOERSTER LLP

By: */s/ Kyle Cole*
Kyle Cole
M Ray Hartman III

Attorneys for CLAIMANT AMAZON.COM, INC.

Dated: August 3, 2026

GIBSON, DUNN, & CRUTCHER LLP

By: */s/ Christopher Chorba*
Christopher Chorba
Wesley Sze
Amanda Sadra

Attorneys for CLAIMANT APPLE INC.

Dated: August 3, 2026

MURPHY SANCHEZ PLLC

By: ______________________________
Jennifer Sanchez

Attorneys for CLAIMANT BATTERIES PLUS LLC

Dated: August 3, 2026

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: ______________________________
Gary Pancer
Adam Wayne

Attorneys for CLAIMANT BATTERY STORE, INC.

Dated: August 3, 2026

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s/ Gregory K. Lee*
Gregory K. Lee

Attorneys for CLAIMANT BLUE NOOK CORP. D/B/A WASABI POWER

Dated: August 3, 2026

BOWMAN AND BROOKE LLP

By: */s/ C. Prentice Schanz*
C. Prentice Schanz
Carissa Casolari

Attorneys for CLAIMANT CANON U.S.A., INC.

Dated: August 3, 2026

MURPHY, PEARSON, BRADLEY & FEENEY

By: ______________________
I. Hooshie Broomand
Aman Joea

Attorneys for CLAIMANT DANTONA INDUSTRIES, INC., ERRONEOUSLY SUED IN THE STATE COURT ACTION AS DANTONA BATTERIES, INC. AND ERRONEOUSLY SUED IN THE STATE COURT ACTION AS ULTRALAST BATTERIES

Dated: August 3, 2026

THE SAFARIAN FIRM, APC

By: */s/ Harry Safarian*
Harry Safarian
Christina S. Karayan
Annie Pogosyan

Attorneys for CLAIMANT DURACELL U.S. OPERATIONS, INC.

Dated: August 3, 2026

LITCHFIELD CAVO

By: */s/ Kere Tickner*
Kere Tickner

Attorneys for CLAIMANT DUSLAN TECHNOLOGY D/B/A ONLYBATTERIES.COM

Dated: August 3, 2026

GREENBERG TRAURIG, LLP

By: */s/ Layal Bishara*
Layal Bishara
Ian C. Ballon
Lori Chang

Attorneys for CLAIMANT EBAY INC.

Dated: August 3, 2026

BRYAN CAVE LEIGHTON PAISNER LLP

By: */s/ Aileen Hunter*
Aileen Hunter
Jasdeep Atwal

Attorneys for CLAIMANT ENERGIZER HOLDINGS, INC.

Dated: August 3, 2026

EVERETT DOREY LLP

By: */s/ Shirley Jamneshan*
Shirley Jamneshan
Tiffany-Paige Hernandez
Seymour Everett III
Samantha Dorey

Attorneys for CLAIMANT GO PRO, INC.

Dated: August 3, 2026

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: ______________________
B. Otis Felder
CSB Certified Admiralty & Maritime Law Specialist

Attorneys for CLAIMANT MURATA ELECTRONICS NORTH AMERICA, INC.

Dated: August 3, 2026

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: ______________________
Valeria Granata

Attorneys for CLAIMANT PAWW, LLC

Dated: August 3, 2026

KLEIN THOMAS LEE & FRESARD

By: */s/ Kristyn Wong*
Kristyn Wong
Gregory Gilmer

Attorneys for CLAIMANT PANASONIC CORPORATION OF NORTH AMERICA

Dated: August 3, 2026

HAWKINS PARNELL & YOUNG, LLP

By: */s/ Eric Holmberg*
Elaine Fresch
Eric Holmberg

Attorneys for CLAIMANT SAMSUNG SDI AMERICA, INC.

Dated: August 3, 2026

YUKEVICH CAVANAUGH

By: */s/ David V. Moore*
David V. Moore
James Yukevich

Attorneys for
CLAIMANT SHORE POWER INC. D/B/A BATTERY JUNCTION

Dated: August 3, 2026

POLSINELLI LLP

By: ______________________________
Daniel Bir
Mathew Groseclose
Dominique Marangoni-Simonsen

Attorneys for CLAIMANT SONY ELECTRONICS INC.

Dated: August 3, 2026

MUSICK PEELER & GARRETT LLP

By: */s/ Joshua Engel*
Joshua Engel, Esq.
[Notice of Interested Party forthcoming]

Attorneys for CLAIMANT SUREFIRE, LLC

Dated: August 3, 2026

MUSICK PEELER & GARRETT LLP

By: */s/ Joshua Engel*
Joshua Engel, Esq.
[Notice of Interested Party forthcoming]

Attorneys for CLAIMANT SUREFIRE HOLDINGS, LLC

Dated: August 3, 2026

SCHUMANN AREVALO LLP

By: */s/ David Reid*

David Reid

Kimberly Schumann

Attorneys for CLAIMANT TENERGY CORPORATION

Dated: August 3, 2026

MANNING GROSS + MASSENBURG LLP

By: ______________________

Mary Kay Glaspy

Attorneys for CLAIMANT ULTRALIFE CORPORATION