B. Otis Felder (CSB #177628)
Otis.Felder@wilsonelser.com
*CSB Certified Admiralty & Maritime Law Specialist*
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
633 W 5th Street, Suite 3100
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101

Attorneys for Claimant and Appellant and Appellant
MURATA ELECTRONICS NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

<u>IN ADMIRALTY</u>

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF TRUTH AQUATICS, INC. AND GLEN RICHARD FRITZLER and DANA JEANNE FRITZLER, individually and as Trustees of the FRITZLER FAMILY TRUSTS DTD 7/27/92 as owners and/or owners pro hac vice of the dive vessel *CONCEPTION*, OFFICIAL NUMBER 638133, FOR EXINERATION FROM OR LIMITATION OF LIABILITY<br><br>Petitioners, | Case No.: 2:19-CV-07693-FLA (MRW)<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>Related Cases: 2:21-cv-07065-PA-MRW<br>2:22-cv-00202-PA-MRW<br>2:23-cv-00985-PA-MRW<br><br>**NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT PURSUANT TO 28 U.S.C. § 1292(a)(1) & (3)** |
| AND RELATED COUNTERCLAIMS | Action Filed: 9/5/2019<br>Trial Date: TBA |

TO THE COURT, THE CLERK, PETITIONERS AND COUNTER CLAIMANTS, ALL OTHER PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Claimant and Appellant MURATA ELECTRONICS NORTH AMERICA, INC. (“MENA”), along with Claimants and Appellants listed below, including OLYMPUS CORPORATION OF THE AMERICAS; AMAZON.COM, INC.; APPLE INC.; BATTERIES PLUS LLC; BATTERY STORE, INC.; BLUE NOOK CORP. d/b/a WASABI POWER; CANON U.S.A., INC.; DANTONA INDUSTRIES, INC., erroneously sued in the

State Court Action as DANTONA BATTERIES, INC. and erroneously sued in the State Court Action as ULTRALAST BATTERIES; DURACELL US OPERATIONS, INC.; DURACELL INDUSTRIAL OPERATIONS, INC.; THE DURACELL COMPANY; DUSLAN TECHNOLOGY, INC. d/b/a ONLYBATTERIES.COM; EBAY INC.; ENERGIZER HOLDINGS, INC.; GO PRO, INC.; PAWW, LLC; PANASONIC CORPORATION OF NORTH AMERICA; SAMSUNG SDI AMERICA, INC.; SHORE POWER INC. d/b/a BATTERY JUNCTION; SONY ELECTRONICS INC.; SUREFIRE LLC; SUREFIRE HOLDINGS LLC; TENERGY CORPORATION; and ULTRALIFE CORPORATION (collectively, "Claimants and Appellants"), pursuant to 28 U.S.C. § 1292(a)(1) & (3), hereby take an interlocutory appeal to the United States Court of Appeals for the Ninth Circuit from the Order, entered in the above-entitled action on October 9, 2026 (ECF No. 245), in which the district court's decree denying Claimants and Appellants' motion to set aside default so as to file claims and applying admiralty law that determined the rights and liabilities of the parties in a maritime case. See *In re Live Life Bella Vita LLC*, 115 F.4th 1188 (9th Cir 2024); *In re Bowoon Sangsa Co.*, 720 F.2d 595, 597 (9th Cir. 1983); *In re Complaint of Paradise Holdings, Inc.*, 795 F.2d 756, 760 (9th Cir. 1986); *Texas Gulf Sulphur Co. v. Blue Stack Towing Co.*, 313 F.2d 359 (5th Cir. 1963) (appeal following refusal of the District Court to allow the filing, *nunc pro tunc*, of a claim in a limitation of liability subsequent to the entry of default as to all persons not filing claims); *Lloyd's Leasing Ltd. v. Bates*, 902 F.2d 368, 370 (5th Cir. 1990) ("28 U.S.C. § 1292(a)(3) permits immediate appeals from interlocutory decrees determining the rights and liabilities of parties to admiralty cases") (citing *Stoot v. Fluor Drilling Services, In*c., 851 F.2d 1514, 1516 (5th Cir. 1988); *Martha's Vineyard Scuba HQ v. Unidentified Vessel*, 833 F.2d 1059, 1064 (1st Cir. 1987)); *Golnay Barge Co. v. M/T Shinoussa*, 980 F.2d 349, 351 (5th Cir. 1993).

/ / /

Respectfully submitted,

Dated: November 6, 2026

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: ______________________

B. Otis Felder
*CSB Certified Admiralty*
*& Maritime Law Specialist*
**Attorneys for CLAIMANT and APPELLANT**
**MURATA ELECTRONICS NORTH AMERICA, INC.**

Dated: November 6, 2026

**HUSCH BLACKWELL LLP**

355 S. Grand Avenue. Suite 2850
Los Angeles, California 90071
Telephone: 213.337.6550
Facsimile: 213.337.6551
brad.dejardin@huschblackwell.com
patricia.alberts@huschblackwell.com
paul.calfo@huschblackwell.com

By:______________________
Paul A. Calfo (CA Bar No. 336916)
Bradford J. DeJardin (CA Bar No. 195764)
Patricia B. Alberts (CA Bar No. 229333)

Attorneys for
**CLAIMANT and APPELLANT**
**Olympus Corporation of THE Americas**

Dated: November 6, 2026

**MORRISON & FOERSTER LLP**
12531 High Bluff Drive, Suite 200
San Diego, CA. 92130-3588
Telephone: 858-720-5100
Facsimile: 858-720-5125
tshinall@mofo.com
rhartman@mofo.com
kcole@mofo.com

By: */s/ Kyle Cole*
Kyle Cole (CA Bar No. 319102)
Ray Hartman III (CA Bar No. 211205)
Attorneys for
**CLAIMANT and APPELLANT**
**AMAZON.COM, INC.**

Dated: November 6, 2026

**GIBSON, DUNN, & CRUTCHER LLP**

333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
cchorba@gibsondunn.com
wsze@gibsondunn.com
rluskin@gibsondunn.com

**ARENT FOX SCHIFF LLP**

555 West Fifth Street, 48th Floor
Los Angeles, California 90013
Telephone: 213.629.7400
Facsimile: 213.629.7401
sara.schneider@afslaw.com
jessica.do@afslaw.com

By: */s/ Christopher Chorba*
Christopher Chorba (CA Bar No. 216692)
Wesley Sze (CA Bar No. 306715)
Roark Luskin (CA Bar No. 341761)
Sara Schneider (CA Bar No. 298103)
Jessica Do (CA Bar No. 317517)

Attorneys for
**CLAIMANT and APPELLANT APPLE INC.**

Dated: November 6, 2026

**MURPHY SANCHEZ PLLC**

4040 Civic Center Drive, Suite 200
San Rafael, California 94903
Telephone: (628) 386-1805
Facsimile: (215) 799-9349
jsanchez@murphysanchez.com

By: */s/ Jennifer Sanchez*
Jennifer Sanchez (CA Bar No. 191548)

Attorneys for
**CLAIMANT and APPELLANT BATTERIES PLUS LLC**

Dated: November 6, 2026

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101
gary.pancer@wilsonelser.com
adam.wayne@wilsonelser.com

By: */s/ Gary Pancer*
Gary Pancer (CA Bar No. 160223)
Adam Wayne (CA Bar No. 332534)

Attorneys for
**CLAIMANT and APPELLANT battery store. inc.**

Dated: November 6, 2026

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

555 S. Flower Street, Suite 2900
Los Angeles, CA 90071-2407
Telephone: (213) 443-5100
Facsimile: (213) 443-5101
gregory.lee@wilsonelser.com
danielle.rivera@wilsonelser.com

By: */s/ Gregory Lee*
Gregory K. Lee (CA Bar No. 220354)
Attorneys for
**CLAIMANT and APPELLANT BLUE NOOK CORP. D/B/A WASABI POWER**

Dated: November 6, 2026

**BOWMAN AND BROOKE LLP**

600 Anton Blvd., Suite 650
Costa Mesa, California 92626
Telephone: (310) 380-6500
Facsimile: (310) 525-6600
prentice.schanz@bowmanandbrooke.com
carissa.casolari@bowmanandbrooke.com

By: *__/s/ C. Prentice Schanz__*
C. Prentice Schanz (CA Bar No. 319169)
Carissa Casolari (CA Bar No. 292878)

Attorneys for
**CLAIMANT and APPELLANT CANON U.S.A.. INC.**

Dated: November 6, 2026

**MURPHY, PEARSON, BRADLEY & FEENEY**

500 Capitol Mall, Suite 1080
Sacramento, California 95814
Telephone: (916) 565-0300
Facsimile: (916) 565-1636
hbroomand@mpbf.com
ajoea@mbpf.com

By: *__/s/ I. Hooshie Broomand__*
I. Hooshie Broomand (CA Bar No. 210206)
Aman Joea (CA Bar No. 336300)

Attorneys for
**CLAIMANT and APPELLANT DANTONA INDUSTRIES, INC., ERRONEOUSLY SUED in the STATE COURT ACTION AS DANTONA BATTERIES, INC. AND ERRONEOUSLY SUED in the STATE COURT ACTION AS ULTRALAST BATTERIES**

Dated: November 6, 2026

**THE SAFARIAN FIRM, APC**

3150 Montrose Avenue
Glendale, California 91214
Telephone: (818) 334-8528
Facsimile: (818) 334-8107
hdp@safarianfirm.com
hs@safarianfirm.com

By: *<u>/s/ Hillary D. Patton</u>*
Hillary D. Patton (CA Bar No. 256055)
Harry Safarian (CA Bar No. 204106)

Attorneys for
**CLAIMANT and APPELLANT DURACELL U.S. OPERATIONS. INC.**

Dated: November 6, 2026

**THE SAFARIAN FIRM, APC**

3150 Montrose Avenue
Glendale, California 91214
Telephone: (818) 334-8528
Facsimile: (818) 334-8107
hdp@safarianfirm.com
hs@safarianfirm.com

By: */s/ Hillary D. Patton*
Hillary D. Patton (CA Bar No. 256055)
Harry Safarian (CA Bar No. 204106)

Attorneys for
**CLAIMANT and APPELLANT DURACELL INDUSTRIAL OPERATIONS. INC.**

Dated: November 6, 2026

**THE SAFARIAN FIRM, APC**

3150 Montrose Avenue
Glendale, California 91214
Telephone: (818) 334-8528
Facsimile: (818) 334-8107
Hdp@safarianfirm.com
Hs@safarianfirm.com

By: *<u>/s/ Hillary D. Patton</u>*
Hillary D. Patton (CA Bar No. 256055)
Harry Safarian (CA Bar No. 204106)

Attorneys for
**CLAIMANT and APPELLANT THE DURACELL COMPANY**

Dated: November 6, 2026

**MCGLINCHEY STAFFORD**

2050 Main Street, Suite 550
Irvine, California 92614
Telephone: (949) 381-5925
Facsimile: (949) 266-8643
ktickner@mcglinchey.com

By: */s/ Kere Tickner*
Kere Tickner (CA Bar No. 174777)

Attorneys for
**CLAIMANT and APPELLANT DUSLAN TECHNOLOGY D/B/A ONLYBATTERIES.COM**

Dated: November 6, 2026

**GREENBERG TRAURIG, LLP**

1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
bisharal@gtlaw.com
ballon@gtlaw.com
changl@gtlaw.com

By: */s/ Layal Bishara*
Layal Bishara (CA Bar No. 329154)
Ian C. Ballon (CA Bar No. 141819)
Lori Chang (CA Bar No. 228142)

Attorneys for
**CLAIMANT and APPELLANT EBAY INC.**

Dated: November 6, 2026

**BRYAN CAVE LEIGHTON PAISNER LLP**

1920 Main Street, Suite 1000
Irvine, California 92614-7276
Telephone: (949) 223-7000
Facsimile: (949) 223-7100
aileen.hunter@bclplaw.com
jasdeep.atwal@bclplaw.com

By: *<u>/s/ Aileen Hunter</u>*
Aileen Hunter (CA Bar No. 253162)
Jasdeep Atwal (CA Bar No. 318309)

Attorneys for
**CLAIMANT and APPELLANT ENERGIZER HOLDINGS. INC.**

Dated: November 6, 2026

**EVERETT DOREY LLP**

2030 Main Street, Suite 1200
Irvine, California 92614
Telephone: (949) 771-9233
Facsimile: (949) 377-3110
tphernandez@everettdorey.com
severett@everettdorey.com
sdorey@everettdorey.com
sjamneshan@everettdorey.com

By: *<u>/s/ Tiffany-Paige Hernandez</u>*
Tiffany-Paige Hernandez (CA Bar No. 352156)
Seymour Everett III (CA Bar No. 223441)
Samantha Dorey (CA Bar No. 281006)
Shirley Jamneshan (CA Bar No. 218296)

Attorneys for
**CLAIMANT and APPELLANT GO PRO. INC.**

Dated: November 6, 2026

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101
valeria.granata@wilsonelser.com
natalia.duque@wilsonelser.com

By: *_/s/ Anthony Ross_*

Anthony Ross (CA Bar No. 269586)
Attorneys for
**CLAIMANT and APPELLANT PAWW. LLC**

Dated: November 6, 2026

**KLEIN THOMAS LEE & FRESARD**

1920 Main Street, Suite 230
Irvine, California 92614
Telephone: (949) 676-4570
kristyn.wong@kleinthomaslaw.com
greg.gilmer@kleinthomaslaw.com

By: *_/s/ Kristyn Wong_*
Kristyn Wong (CA Bar No. 346644)
Gregory Gilmer (CA Bar No. 212067)

Attorneys for
**CLAIMANT and APPELLANT PANASONIC CORPORATION OF NORTH AMERICA**

Dated: November 6, 2026

**HAWKINS PARNELL & YOUNG, LLP**

445 South Figueroa Street, Suite 3200
Los Angeles, California 90071-1651
Telephone: (213) 486-8000
Facsimile: (213) 486-8080
efresch@hpylaw.com
eholmberg@hpylaw.com

By: *_/s/ Elaine Fresch_*
Elaine Fresch (CA Bar No. 119809)
Eric Holmberg (CA Bar No. 277462)

Attorneys for
**CLAIMANT and APPELLANT SAMSUNG SDI AMERICA. INC.**

Dated: November 6, 2026

**YUKEVICH CAVANAUGH**

355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071
Telephone: (213) 362-7777
Facsimile: (213) 362-7788
jyukevich@yukelaw.com
dmoore@yukelaw.com

By: */s/ David V. Moore*
David V. Moore (CA Bar No. 233613)
James Yukevich (CA Bar No. 159896)

Attorneys for
**CLAIMANT and APPELLANT SHORE POWER INC. D/B/A BATTERY JUNCTION**

Dated: November 6, 2026

**POLSINELLI LLP**

2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 556-1801
Facsimile: (310) 556-1802
dbir@polsinelli.com
mgroseclose@polsinelli.com
dmarangoni-simonsen@polsinelli.com

By: */s/ Daniel Bir*
Daniel Bir (CA Bar No. 227918)
Mathew Groseclose (CA Bar No. 264680)
Dominique Marangoni-Simonsen
(CA Bar No. 340156)

Attorneys for
**CLAIMANT and APPELLANT SONY ELECTRONICS INC.**

Dated: November 6, 2026

**GOLDBERG SEGALLA LLP**

777 Tower
777 S. Figueroa Street, Suite 2000
Los Angeles, CA 90017
Telephone: (213) 415-7212
Facsimile: (213) 415-7299
j.engel@musickpeeler.com

By: */s/ Joshua Engel*
Joshua Engel, Esq. (CA Bar No. 304945)

Attorneys for
**CLAIMANT AND APPELLANT SUREFIRE, LLC**

Dated: November 6, 2026

**GOLDBERG SEGALLA LLP**

777 Tower
777 S. Figueroa Street, Suite 2000
Los Angeles, CA 90017
Telephone: (213) 415-7212
Facsimile: (213) 415-7299
j.engel@musickpeeler.com

By: /s/ Joshua Engel
Joshua Engel, Esq. (CA Bar No. 304945)

**Attorneys for**
**CLAIMANT and APPELLANT SUReFIRE HOLDINGS, LLC**

Dated: November 6, 2026

**SCHUMANN AREVALO LLP**

30 Corporate Park, Suite 100
Irvine, CA 92606
Telephone: (714) 850-0210
Facsimile: (714) 850-0551
reid@scarlaw.us
schumann@scarlaw.us

By: */s/ David Reid*
David Reid (CA Bar No. 195290)
Kimberly Schumann (CA Bar No. 170942)

Attorneys for
**CLAIMANT and APPELLANT TENERGY CORPORATION**

Dated: November 6, 2026

**MANNING GROSS + MASSENBURG LLP**

100 Pringle Avenue, Suite 750
Walnut Creek, California 94596
Telephone: (925) 947-1300
Facsimile: (925) 947-1594
mglaspy@mgmlaw.com

By: *<u>/s/ Mary Kay Glaspy</u>*
Mary Kay Glaspy (CA Bar No. 157167)

Attorneys for
**CLAIMANT and APPELLANT ULTRALIFE CORPORATION**

**FILER'S ATTESTATION**

The filing attorney attests that the filing attorney has obtained permission regarding the filing of this document from the signatories of this document. All parties have authorized the filing attorney to affix their electronic signatures to this document.

Respectfully submitted,

Dated: November 6, 2026

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: /s/ B. Otis Felder
B. Otis Felder
*CSB Certified Admiralty*
*& Maritime Law Specialist*
**Attorneys for CLAIMANT**
**and APPELLANT**
**MURATA ELECTRONICS**
**NORTH AMERICA, INC.**